Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| **AT&T Mobility LLC** <br> *Plaintiff* <br> v. <br> Cellco Partnership d/b/a Verizon Wireless <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. <br> **1:09-CV-3057** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cellco Partnership d/b/a Verizon Wireless
One Verizon Way
Basking Ridge, New Jersey
07920

    A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David L. Balser
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: November 3, 2009

*Signature of Clerk or Deputy Clerk*