ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 03 2009

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

AT&T MOBILITY LLC F/K/A
CINGULAR WIRELESS LLC,

        Plaintiff,

vs.

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS,

        Defendant.

Civil Action File
No. _____
**1:09-CV-3057**



---

## DECLARATION OF DAVID L. BALSER

Pursuant to 28 U.S.C. § 1746, and in support of Plaintiff's Motion for a Temporary Restraining Order, I, David L. Balser, hereby declare as follows:

    1.    I am over 18 years of age, suffer from no legal disabilities, and am otherwise competent to make this declaration. I am a partner at McKenna Long & Aldridge LLP and lead counsel for Plaintiff in this matter. The matters set forth herein are true of my own personal knowledge. If called to testify, I could and would competently testify as to the facts set forth herein.

    2.    Attached hereto as Exhibit A is a true and correct copy of the Study to Measure Consumer Perceptions of Verizon Wireless Advertising Containing Maps

Dockets.Justia.com

That Depict 3G Coverage Areas for Verizon Wireless and AT&T prepared by Robert Reitter.

I declare under penalty of perjury that the foregoing is true and correct.

This 3rd day of November, 2009.

David L. Balser