



# verizonwireless

Residential | Business | Wireless

Phones & Accessories | Plans | Entertainment & Apps | Messaging | Business | Support | My Verizon

Search [____]

## Coverage Locator

Directions | Print

Street Address [____] City, State [____] or Zip [____] [Search]

[Map image showing US coverage with AK, HI, PR insets]

### Select Coverage Type

- ○ **Voice & Messaging** [?]
  Includes:
  Voice Calls
  Text Messaging

- ○ **Enhanced Services** [?]
  Includes:
  NationalAccess
  Picture/Video Messaging
  Mobile Web

- ⊙ **Broadband & V CAST** [?]
  Includes:
  Mobile Broadband
  V CAST

- ○ **V CAST Mobile TV** [?]
  Includes:
  Mobile TV

- ○ **Push to Talk** [?]
  Includes:
  Push to Talk

- ○ **Prepaid** [?]
  Includes:
  Prepaid

International Coverage
Broadband 3G Network Comparisons

[Refresh Map]

**Legend:**
- ■ Broadband & V CAST
- □ Extended Broadband & V CAST
- ░ Canadian Broadband

**Non-Broadband Coverage**
- ■ Enhanced Services
- ▓ Extended Enhanced Services
- ▒ Canadian Enhanced Services Roaming
- □ No Coverage



# Sprint Coverage Tool





Coverage updated on: 10/26/09

## Map Detail Options

☑ City names
☑ (T) Recent towers  ☑ (T) Future towers

**Check out our latest phones**  **Shop Online**

## Map a location

Got questions? Click to chat.   En Español

**Recent Searches**

Enter as much information as you can or want for up to 3 locations

Primary Location
[Street, city, state and/or ZIP or an intersection]

Optional locations
[Street, city, state and/or ZIP or an intersection]

[Street, city, state and/or ZIP or an intersection]

[Clear]  [Map It]

Sprint also offers international roaming coverage around the world. > Learn more

▶ **Voice Coverage**

▽ **Data, Email and Multimedia**

Get fast wireless connectivity on the go. > Learn more

| Sprint Devices | Nextel Devices | PowerSource Devices | Sprint Devices with 4G |

Access the Web, download content, send pictures, and more.

Data coverage:
Speeds   Data Services

■ Sprint Mobile Broadband Network
■ Mobile broadband roaming - limited access to some services. View details.
□ Nationwide Sprint Network
□ Data roaming - limited access to some services. View details.
□ No Coverage

Learn more about Mobile Broadband devices.

▶ **Nextel Direct Connect®**