ORIGINAL

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 03 2009

JAMES N. HATTEN, Clerk
By: \_\_\_\_\_ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AT&T MOBILITY LLC,

    Plaintiff,

vs.

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

    Defendant.

Civil Action File
No: 09-CV-3057



## PROPOSED ORDER

Upon review of the pleadings and after considering argument of counsel, the Court hereby finds that AT&T Mobility LLC ("AT&T") has established: (1) a substantial likelihood of success on the merits; (2) irreparable harm in the absence of a temporary restraining order; (3) that the harm suffered by AT&T in the absence of a restraining order would exceed the harm suffered by Cellco Partnership d/b/a Verizon Wireless ("Verizon") if the restraining order issued; and (4) that the injunction would serve the public interest.

Accordingly, the Court GRANTS AT&T's Motion for a Temporary Restraining Order. Until further order of this Court, Verizon and its officers, agents, servants, employees, attorneys, successors and assigns, and all others in

active concert or participation, are restrained and enjoined from displaying in the "Bench" advertisement, or any other advertisement, a map of AT&T's "3G" coverage in which AT&T's non-"3G" coverage areas are depicted by white or blank space.

_____
United States District Judge
Northern District of Georgia