ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 03 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS<br><br>Defendant. | Civil Action File<br>No. _____<br>1:09-CV-3057 |


WSD

## AT&T MOBILITY LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, AT&T Mobility LLC ("ATTM") hereby files its Corporate Disclosure Statement and states that ATTM is a Delaware limited liability company with its principal place of place of business in Atlanta, Georgia at 1025 Lenox Park Blvd NE, Atlanta, GA 30319-5309.

ATTM has five members: (1) SBC Long Distance LLC, a Delaware limited liability company; (2) SBC Alloy Holdings, Inc., a Delaware corporation; (3) AT&T Mobility Corporation f/k/a Cingular Wireless Corporation, a Delaware corporation; (4) New BellSouth Cingular Holdings, Inc., a Delaware corporation; and (5) BellSouth Mobile Data, Inc., a Georgia corporation. None of the companies listed above are publicly traded companies. All of the companies listed

above are subsidiaries of AT&T Inc. AT&T Inc. is a publicly traded company, and there is no one person or group that owns 10% or more of the stock of AT&T Inc.

1. The undersigned counsel of record for a party to this action certify that the following is a full and complete list of all parties in this action, including any parent corporation and publicly held corporation that owns 10% or more of the stock of a party: AT&T Inc.

2. The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: (1) AT&T Mobility LLC; (2) SBC Long Distance LLC; (3) SBC Alloy Holdings, Inc.; (4) AT&T Mobility Corporation f/k/a Cingular Wireless Corporation; (5) New BellSouth Cingular Holdings, Inc.; and (6) BellSouth Mobile Data, Inc.

3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Counsel for Plaintiff:

David L. Balser
Nathan L. Garroway
Tracy Klingler
McKenna Long & Aldridge LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308

This 3rd day of November, 2009.

                                               /s/ David L. Balser
                                       David L. Balser
                                       Georgia Bar No. 035835
                                       Nathan L. Garroway
                                       Georgia Bar No. 142194
                                       Tracy Klingler
                                       Georgia Bar No. 105450

                                       McKenna Long & Aldridge LLP
                                       303 Peachtree Street, Suite 5300
                                       Atlanta, Georgia 30308
                                       (404) 527-4000
                                       (404) 527-4198 (facsimile)

Co-Counsel:

Neal S. Berinhout
Georgia Bar No. 054687
AT&T Mobility LLC
1025 Lenox Park Blvd., Suite C575
Atlanta, GA 30319
404-986-1427

                                       *Attorneys for AT&T Mobility LLC*