ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 03 2009

JAMES N. HATTEN, Clerk
By:  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AT&T MOBILITY LLC F/K/A
CINGULAR WIRELESS LLC,

    Plaintiff,

vs.

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

    Defendant.

Civil Action File
No. _____

1:09-CV-3057

WSD

### NOTICE OF FILING ELECTRONIC MEDIA

Please take notice that Plaintiff has filed the following materials on CD ROM:

(1) "Out of Touch" Television Ad, attached as Exhibit B to Declaration of Andy Wilson; and

(2) "Bench" Television Ad, attached as Exhibit D to Declaration of Andy Wilson.

The CD ROMs will be served on all parties.

ATLANTA:5183255.1

Respectfully submitted, this 3rd day of November, 2009.

/s/ David L. Balser
David L. Balser
Georgia Bar No. 035835
Nathan L. Garroway
Georgia Bar No. 142194
Tracy Klingler
Georgia Bar No. 105450

McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

Neal S. Berinhout
Georgia Bar No. 054687
AT&T Mobility LLC
1025 Lenox Park Blvd.
Suite C575
Atlanta, Georgia 30319

*Attorneys for AT&T Mobility LLC*