# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

AT&T MOBILITY LLC,

                Plaintiff,

v.

CELLCO PARTNERSHIP
doing business as Verizon Wireless,

                Defendant.

1:09-cv-3057-WSD

## ORDER

The undersigned hereby **RECUSES** himself from further participation in this action, pursuant to Canon 3(c) of the Code of Conduct for United States Judges. The Clerk is **DIRECTED** to reassign this case in accordance with the Internal Operating Procedures of this Court, and to notify all parties.

**SO ORDERED**, this 3rd of November, 2009.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE