# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>CELLO PARTNERSHIP, d/b/a VERIZON WIRELESS,<br><br>           Defendant. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-3057-TCB |

## NOTICE TO ALL COUNSEL OF RECORD

The above styled case was reassigned to the Honorable Timothy C. Batten,Sr. from the Honorable William S. Duffey pursuant to the court's order of November 3, 2009. The civil action number assigned to this case has been changed to **1:09-cv-3057-TCB** (emphasis added to indicate change). Please make note of this change in order to facilitate the docketing of pleadings in this case.

Dated at Atlanta, Georgia this 3rd day of November, 2009.

                                            JAMES N. HATTEN
                                            CLERK OF COURT


                                       By: */s/ K. Thornton*
                                                Deputy Clerk

cc:    Honorable Timothy C. Batten