# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:09-cv-03057-TCB |

## PLAINTIFF'S MOTION FOR PERMISSION TO TRANSPORT ELECTRONIC EQUIPMENT INTO COURTHOUSE

COMES NOW Plaintiff, AT&T Mobility ("AT&T"), and moves this Court for an Order allowing counsel to bring certain electronic equipment into the courthouse for use during the hearing scheduled for November 9, 2009 at 2:00 p.m. In support of said motion, AT&T shows the Court as follows:

1.

The hearing on AT&T's Motion for a Temporary Restraining Order is currently scheduled for November 9, 2009 at 2:00 p.m.

2.

The equipment AT&T seeks to bring into the courthouse is necessary for the purpose of presenting evidence and other demonstrative matters during the hearing.

3.

AT&T requests permission to bring the following equipment into the courthouse:

- Projector
- Projector Screen
- Projector Stand
- Fender Speaker
- Computer laptop
- Various computer cables

4.

This equipment will be brought into the courthouse by either David L. Balser, Nathan L. Garroway, Tracy Klingler or a representative from FTI Consulting on November 9, 2009.

5.

A proposed order is attached hereto.

WHEREFORE, AT&T respectfully requests the Court to enter an Order allowing counsel for AT&T, or its associates, to transport said equipment into the courthouse at the Richard B. Russell Federal Building.

This 5th day of November, 2009.

                                      /s/ *Tracy Klingler*
                                      David L. Balser
                                      Georgia Bar No. 035835
                                      Nathan L. Garroway
                                      Georgia Bar No. 142194
                                      Tracy Klingler
                                      Georgia Bar No. 105450

McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300          *Attorneys for Plaintiff*
Atlanta, Georgia 30308                    *AT&T Mobility LLC*
(404) 527-4000
(404) 527-4198    (facsimile)