IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:09-cv-030507-TCB |

**ORDER ALLOWING ELECTRONIC
EQUIPMENT INTO THE COURTHOUSE**

The above styled action, set for hearing on November 9, 2009, and Plaintiff having moved this Court for permission to transport electronic equipment into the courthouse,

IT IS HEREBY ORDERED that the Plaintiff be permitted to bring the following electronic equipment into the courthouse and into the courtroom of the Honorable Timothy C. Batten, Sr., for purposes of presenting evidence and other demonstrative matters during the hearing:

- Projector
- Projector Screen

- Projector Stand

- Fender Speaker

- Computer laptop

- Various computer cables; and

IT IS HEREBY ORDERED that Plaintiff and/or a representative of McKenna Long & Aldridge LLP and/or a representative of FTI Consulting be permitted access to the courthouse with the above electronic equipment and into the courtroom after the necessary screening by security.

SO ORDERED this _____ day of November, 2009.

_____
Timothy C. Batten, Sr.
United States District Judge

# CERTIFICATE OF SERVICE

This is to certify that on November 5, 2009, I electronically filed the foregoing MOTION FOR PERMISSION TO TRANSPORT ELECTRONIC EQUIPMENT INTO COURTHOUSE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> David L. Balser
> Nathan L. Garroway
> Tracy Klingler

I hereby certify that I have served the document to the following non-CM/ECF participants:

### By U.S. Mail:

> Neal S. Berinhout
> Georgia Bar No. 054687
> AT&T Mobility LLC
> 1025 Lenox Park Blvd.
> Suite C575
> Atlanta, Georgia 30319

I further certify that I have served the document to the following opposing counsel who has not yet made an appearance in this case.

**By electronic-mail and U.S. Mail:**

L. Joseph Loveland
King & Spalding
1180 Peachtree Street, NE
Atlanta, Georgia 30309-5321

/s/ *Tracy Klingler*
Tracy Klingler
Georgia Bar No. 105450

McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300     *Attorneys for Plaintiff*
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198     (facsimile)