# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CELLCO PARTNERSHIP d/b/a <br> VERIZON WIRELESS <br><br> Defendant. | Civil Action File No. <br> 1:09-CV-3057-TCB |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Jill Wasserman, a member of the bar of this Court, and, pursuant to and in accordance with Local Rule 83.1(D), hereby notifies the Clerk of Court and all parties in this action of her appearance on behalf of Defendant CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS.

Respectfully submitted this 6th day of November, 2009.

KING & SPALDING LLP


s/*Jill Wasserman*
Joseph L. Loveland
  (Ga. Bar No. 459350)
Jill Wasserman
  (Ga. Bar No. 739662)
C. Suzanne Johnson
  (Ga. Bar No. 321398)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5134
Email: jloveland@kslaw.com
Email: jwasserman@kslaw.com
Email: suzanne_johnson@kslaw.com

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CELLCO PARTNERSHIP d/b/a <br> VERIZON WIRELESS <br><br> Defendant. | Civil Action File No. <br> 1:09-CV-3057-TCB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6th, 2009, I electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record for the Plaintiff:

David L. Balser
Nathan L. Garroway
Tracy Klingler
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-400
Facsimile: (404) 527-4198
Email: dbalser@mckennalong.com
Email: ngarroway@mckennalong.com
Email: tklingler@mckennalong.com


s/*Jill Wasserman*
Jill Wasserman