# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC, | |
| Plaintiff, | CIVIL ACTION NO. |
| vs. | 1:09-cv-03057-TCB |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | |
| Defendant. | |

## ORDER ALLOWING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

The above styled action, set for hearing on November 18, 2009, and Plaintiff having moved this Court for permission to transport electronic equipment into the courthouse,

IT IS HEREBY ORDERED that the Plaintiff be permitted to bring the following electronic equipment into the courthouse and into the courtroom of the Honorable Timothy C. Batten, Sr., for purposes of presenting evidence and other demonstrative matters during the hearing:

- Projector
- Projector Screen

- Projector Stand

- Fender Speaker

- Computer laptop

- Various computer cables; and

IT IS HEREBY ORDERED that Plaintiff and/or a representative of McKenna Long & Aldridge LLP and/or a representative of FTI Consulting be permitted access to the courthouse with the above electronic equipment and into the courtroom after the necessary screening by security.

SO ORDERED this 6th day of November, 2009.

_____
Timothy C. Batten, Sr.
United States District Judge