# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS<br><br>　　　　　Defendant. | Civil Action File No.<br>1:09-CV-3057-TCB |

## DEFENDANT'S MOTION REQUESTING USE OF CERTAIN MULTIMEDIA EQUIPMENT FOR TRO HEARING

Defendant CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, by and through its counsel, respectfully move this Court for an order allowing a multimedia presentation for use at a TRO hearing on Wednesday, November 18, 2009, and as grounds for this motion state as follows:

Because of the complexity of this litigation and the number of documents involved, the Defendant would like to use a Presentation System to facilitate the presentation of evidence for the hearing. The Defendant would like to make use of this system that enables it to publish exhibits to the Court through the use of the existing audiovisual equipment in the courtroom. The system also includes various

peripheral devices to support the courtroom network.

If the Court grants permission to use the system, counsel and their representatives may bring into the courtroom:

    (1)    Computer Presentation System

    (2)    Set of Speakers

    (3)    4-Way Switch

    (4)    VGA Cabling and Wiring

    (5)    3 laptop computers

**WHEREFORE**, for the foregoing reasons, the Defendant respectfully moves this Court for an order:

1)    allowing Defendant to publish evidence through the Court's projection system;

2)    granting counsel and their representatives permission to enter and leave the building with the equipment.

Defendant attaches a Proposed Order to this motion.

Respectfully submitted this 9th day of November, 2009.

       KING & SPALDING LLP

       s/ Jill Wasserman
       L. Joseph Loveland
        (Ga. Bar No. 459350)
       Jill Wasserman
        (Ga. Bar No. 739662)
       1180 Peachtree Street, N.E.
       Atlanta, Georgia 30309
       Telephone: (404) 572-4600
       Facsimile: (404) 572-5134
       Email: jloveland@kslaw.com
       Email: jwasserman@kslaw.com

       Attorneys for Defendant
       CELLCO PARTNERSHIP d/b/a
       VERIZON WIRELESS

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to L.R. 5.1B and 7.1D of the Northern District of Georgia, that the foregoing complies with the font and point selections approved by the Court in L.R. 5.1B. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

                                                s/ Jill Wasserman  
                                                Jill Wasserman

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS<br><br>                Defendant. | Civil Action File No.<br>1:09-CV-3057-TCB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2009, I electronically filed the foregoing DEFENDANT'S MOTION REQUESTING USE OF CERTAIN MULTIMEDIA EQUIPMENT FOR TRO HEARING with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record for the Plaintiff:

David L. Balser  
Nathan L. Garroway  
Tracy Klingler  
McKenna Long & Aldridge LLP  
303 Peachtree Street, Suite 5300  
Atlanta, Georgia 30308  
Telephone: (404) 527-400  
Facsimile: (404) 527-4198  
Email: dbalser@mckennalong.com  
Email: ngarroway@mckennalong.com  
Email: tklingler@mckennalong.com  

s/ Jill Wasserman
Jill Wasserman