# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC, | |
| Plaintiff, | |
| vs. | Civil Action File No. 1:09-CV-3057-TCB |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS | |
| Defendant. | |

## [~~PROPOSED~~] ORDER ALLOWING DEFENDANT'S COUNSEL TO BRING TO THE TRO HEARING CERTAIN MULTIMEDIA EQUIPMENT

**IT IS HEREBY ORDERED** that Defendant CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and its counsel shall be permitted to use a multimedia system at trial for the presentation of evidence.

Defendant's counsel and their representatives shall be permitted to bring into the United States District Court, Northern District of Georgia, Courtroom 1708, on Wednesday, November 18, 2009, certain multimedia equipment. The equipment may include the following:

(1) Computer Presentation System

(2) Set of Speakers

(3) 4-Way Switch

(4) VGA Cabling and Wiring

(5) 3 laptop computers


Ordered this _10th_ day of _November_, 2009.

_____
The Honorable Judge Timothy C. Batten, Sr.
United States District Court, Northern District of Georgia