IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS<br><br>    Defendant. | Civil Action File<br>No. 1:09-cv-03057-TCB |

## AT&T MOBILITY LLC'S
## AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65, AT&T Mobility LLC ("AT&T") seeks a temporary restraining order prohibiting Cellco Partnership d/b/a Verizon Wireless ("Verizon") from:

(1) displaying the "Bench," "College," "Island of Misfit Toys," "Naughty or Nice," and "Christmas Blues" television advertisements or otherwise claiming that AT&T customers cannot communicate or use their wireless devices when they are outside of a "3G" coverage area; and

(2) displaying in any advertisement, a map of AT&T's "3G" coverage in which AT&T's non-"3G" coverage areas are depicted by "white" or "blank" space.

In support of this motion, AT&T relies upon the following documents: (1) First Amended Complaint; (2) Supplemental Memorandum of Law in Support; (3) Supplemental Declaration of Andy Wilson; and (3) a Proposed Order.  AT&T also relies upon its original Memorandum of Law in Support of a Motion for Temporary Restraining Order and all supporting papers.

WHEREFORE, AT&T respectfully moves the Court to issue a temporary restraining order that:

(1)    prevents Verizon, and its officers, agents, servants, employees, attorneys, successors and assigns, and all others in active concert or participation, from displaying the: "Bench," "College," "Island of Misfit Toys," "Naughty or Nice," and "Christmas Blues" television advertisements or otherwise claiming that AT&T customers cannot communicate or use their wireless devices when they are outside of a "3G" coverage area.

(2)    prevents Verizon, and its officers, agents, servants, employees, attorneys, successors and assigns, and all others in active concert or participation, from displaying a map of AT&T's coverage in which AT&T's non-"3G" coverage areas are depicted by "white" or "blank" space.

This 12th day of November, 2009.

                                                 */s/ David L. Balser*
                                                 David L. Balser
                                                 Georgia Bar No. 035835
                                                 Nathan L. Garroway
                                                 Georgia Bar No. 142194
                                                 Tracy Klingler
                                                 Georgia Bar No. 105450

                                                 MCKENNA LONG & ALDRIDGE LLP
                                                 303 Peachtree Street, Suite 5300
                                                 Atlanta, Georgia  30308
                                                 (404) 527-4000
                                                 (404) 527-4198 (facsimile)

Co-Counsel:

Neal S. Berinhout
Georgia Bar No. 054687
AT&T MOBILITY LLC
1025 Lenox Park Blvd., Suite C575
Atlanta, GA 30319
404-986-1427

                                                 *Attorneys for AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

This is to certify that on November 12, 2009 I electronically filed the foregoing **AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>David L. Balser
>Nathan L. Garroway
>Tracy Klingler
>Harriet Jill Wasserman
>L. Joseph Loveland, Jr.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

>Kenneth A. Plevan
>Lauren E. Aguiar
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, NY  10036

| | |
|---|---|
| McKenna Long & Aldridge LLP<br>303 Peachtree Street, Suite 5300<br>Atlanta, Georgia  30308<br>(404) 527-4000<br>(404) 527-4198 (facsimile) | */s/ David L. Balser*<br>David L. Balser<br>Georgia Bar No. 035835<br><br>*Attorney for AT&T Mobility LLC* |

- 4 -