## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

AT&T MOBILITY LLC,

   Plaintiff,

vs.

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

   Defendant.

Civil Action File
No. 1:09-cv-03057-TCB

## NOTICE OF FILING

Please take notice that Plaintiff has filed the following materials on CD

ROM:

(1) "College" Television Ad, <u>Exhibit E</u> to Supplemental

Declaration of Andy Wilson;

(2) "Misfit Toys" Television Ad, <u>Exhibit F</u> to Supplemental

Declaration of Andy Wilson;

(3) "Naughty or Nice" Television Ad, <u>Exhibit G</u> to Supplemental

Declaration of Andy Wilson; and

(4) "Christmas Blues" Television Ad, <u>Exhibit H</u> to Supplemental

Declaration of Andy Wilson.

The CD ROMs will be served on all parties.

ATLANTA:5186622.1

Dockets.Justia.com

Respectfully submitted, this 12th day of November, 2009.

/s/ *David L. Balser*

David L. Balser
Georgia Bar No. 035835
Nathan L. Garroway
Georgia Bar No. 142194
Tracy Klingler
Georgia Bar No. 105450

McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

Neal S. Berinhout
Georgia Bar No. 054687
AT&T Mobility LLC
1025 Lenox Park Blvd.
Suite C575
Atlanta, Georgia 30319

*Attorneys for AT&T Mobility LLC*

ATLANTA:5186622.1

# CERTIFICATE OF SERVICE

This is to certify that on November 12, 2009, I electronically filed the foregoing **NOTICE OF FILING** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> David L. Balser
> Nathan L. Garroway
> Tracy Klingler
> Harriet Jill Wasserman
> L. Joseph Loveland, Jr.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

> Kenneth A. Plevan
> Lauren E. Aguiar
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY 10036

McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

/s/ *David L. Balser*
David L. Balser
Georgia Bar No. 035835

*Attorney for AT&T Mobility LLC*

ATLANTA:5186622.1