# EXHIBIT 6



June 29, 2007

# iPhone 'Surfing' On AT&T Network Isn't Fast, Jobs Concedes

Apple and AT&T CEOs
Say Wi-Fi Gives Boost;
Seeing Parallels to Mac

By NICK WINGFIELD and AMOL SHARMA
June 29, 2007; Page B4

**DOW JONES REPRINTS**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

In an interview ahead of the iPhone launch, **Apple** Inc. CEO Steve Jobs and **AT&T** Inc. CEO and Chairman Randall Stephenson addressed concerns that the device will have slow Internet access on AT&T's cellular network.

| MORE ON THE IPHONE |
|---|
| iPhone Roundup: See What Bloggers, Hopeful Customers Are Saying[1] |
| In iPhone's Shadow: WSJ.com's Andy Jordan tours a gadget show, where it's tough to generate buzz amid the iPhone hype.[2] (Video)[3] |
| Walt Weighs In: Read Mossberg's Review[4] \| Video[5] |

Mr. Jobs acknowledged that the company's new iPhone won't surf the Internet as fast as he would like on the network, called "Edge," but added that the device's ability to connect to Wi-Fi hotspots would give consumers a speedier alternative for Web browsing. For his part, Mr. Stephenson said the iPhone represents a broader push by AT&T into Wi-Fi services, including, potentially, mobile Internet calling. The two men also discussed the iPod's "halo effect" and reflected on the origins of their corporate partnership.

The iPhone's first real chance to prove itself will begin Friday at 6 p.m., when the public is finally able to get its hands on the product. If it's successful, the product -- a cellphone combined with entertainment and Internet functions, all of them controlled by finger taps on a touch-sensitive screen -- could force changes across the wireless industry, forcing cellphone makers to respond with new twists in their own hardware. Already, eager fans are lining up at AT&T and Apple stores around the country to buy the device

Excerpts from the interview follow:

* * *

**WSJ:** Steve, on the eve of the iPhone launch, we wonder if you might compare it to others you've been involved in -- the introduction of the Macintosh, for instance -- both in terms of the consumer anticipation and your own feelings about the impact the product will have in the market?

**Steve Jobs:** One of the things we feel is this is the biggest breakthrough in user interfaces in 23

years. Since the Mac in 1984 brought us the mouse and bit map displays and folders and icons, there really hasn't been much except for the evolution of that in the last 23 years. This is a revolutionary user interface [on the iPhone] -- multi-touch, direct action. It's pretty remarkable. I'm very excited.

I remember the week before we introduced the Mac. We knew every computer would work this way once we had the Mac. You couldn't talk about 'If,' you could debate about 'When.' That's how I feel about this. I feel this is the direction mobile devices are going to have to go. I don't think it's a matter of if, it's a matter of when. The first and most breakthrough one of them is going to be on the market tomorrow.

**WSJ:** One of the interesting things for people about the iPhone is the bundling of data and voice into one service plan. We've talked to some other smartphone manufacturers in the last couple days who say that would be great if that were extended to other devices because it seems like it would ensure that out-of-the-box people aren't getting an experience where they're pressing a button and something doesn't work. Is that something that you are looking at extending to other phones in the AT&T lineup over time?

**Randall Stephenson:** It depends on the handset itself. With this particular device, to not have an inclusive data package with a voice package would be almost irrelevant, right? This is a data and a voice product. It's nonsensical to sell a rate plan separate. As you see devices migrate towards this type of device, I fully expect you'll see rate plans migrate towards that as well.

**WSJ:** What do you both envision being added over time to the iPhone, in terms of access to ringtones through Cingular's (now rebranded AT&T) platform and maybe through some other manner, like turning your iTunes songs into ringtones?

**Mr. Jobs:** As you may know, iTunes is now the number three distributor of music in the U.S., ahead of Amazon and Target and behind Best Buy and Wal-Mart, and obviously the largest online distributor of music in the world. Of course, you can play that music now on your iPhone. One might imagine a lot of things down the road.

**WSJ:** Is one of those things offering music purchases and video purchases directly from the phone?

**Mr. Jobs:** There's a lot of things you can imagine down the road.

**WSJ:** Steve, how are you feeling now about how this device will impact your iPod business? Will it cannibalize iPod sales in any meaningful way?

**Mr. Jobs:** We can report to you that it hasn't so far. We announced this in January, and we've had a very healthy iPod business since then. This is a more expensive device and one that carries a service requirement with it, unlike any iPod does. I'm not too worried about that, but we'll certainly report to you what happens as it happens.

**WSJ:** A lot of attention has been focused in some of the initial reviews of the iPhone on the EDGE network that this phone is going to be on. Steve, we saw somewhere that your concern in putting a 3G chip in the first edition of the iPhone was that the current generation of that technology would drain the battery a lot, and that there were also some issues of coverage of the AT&T 3G network at the time you did this deal. Is that correct and have those issues been

resolved over time as we've seen the technology evolve?

**Mr. Stephenson:** If you think about wireless broadband networks, EDGE is the only ubiquitous nationwide broadband network deployed today. It's a 300-plus kilobit type service. We're selling in the tens of thousands every single month of smart phones that operate on nothing but EDGE. The service experience is really, really good and what you're going to see with the iPhone is the caching technology that Steve and the Apple guys have developed here makes the EDGE experience even better. Between the Wi-Fi and the EDGE coverage, this is a really good experience.

We put right south of $16 billion of capital into this network over the last two years. I feel real good about the coverage and the performance. We put tens of thousands of hours of testing this device on this network and it's performing at the top of any device we have out there.

**Mr. Jobs:** You know every (AT&T) Blackberry gets its mail over EDGE. It turns out EDGE is great for mail, and it works well for maps and a whole bunch of other stuff. Where you wish you had faster speed is...on a Web browser. It's good enough, but you wish it was a little faster. That's where sandwiching EDGE with Wi-Fi really makes sense because Wi-Fi is much faster than any 3G network.

What we've done with the iPhone is we've made it so that it will automatically switch to a known Wi-Fi network whenever it finds it. So you don't have to go hunting around, resetting the phone, flipping a switch or doing anything. Most of us have Wi-Fi networks around us most of the time at home and at work. There's often times a Wi-Fi network that you can join whether you're sitting in a coffee shop or even walking along the street piggybacking on somebody's home Wi-Fi network. What we found is the combination is working really well.

When we looked at 3G, the chipsets are not quite mature, in the sense that they're not low-enough power for what we were looking for. They were not integrated enough, so they took up too much physical space. We cared a lot about battery life and we cared a lot about physical size. Down the road, I'm sure some of those tradeoffs will become more favorable towards 3G but as of now we think we made a pretty good doggone decision.

**WSJ:** Can you say whether 3G technology has evolved to the point where you're already working on including that in the next edition of the iPhone?

**Mr. Jobs:** No, we just don't comment on future stuff.

**WSJ:** Can you discuss any applications you'd like to see third-party developers create for the iPhone, specifically things like Skype and other voice over Internet protocol software?

**Mr. Jobs:** We obviously thought about VoIP. You still need a cellular phone because you're not always going to be in a Wi-Fi hotspot. One you have a cellular phone plan, it costs you zero incremental dollars to use it when you're making the next phone call. VoIP, while an interesting technology, didn't seem to be a big breakthrough to us. But others might feel differently, and others may make Web-based VoIP clients available for the iPhone – I think someone's already working on that.

But I think the majority of applications people are going to write for the iPhone are going to be things that corporations like. [Salesforce.com CEO] Mark Benioff has announced he's going to be

doing some exciting stuff with the iPhone.... I think people are going to surprise us over the next six or nine months with some pretty creative stuff.

**WSJ:** T-Mobile launched a service this week that allows cellphone calls to roam onto Wi-Fi networks when a user is in a hotspot. The technology is geared at helping people get better coverage indoors and save on their monthly cellular minutes. Is that technology impressive and something either of you have looked at?

**Mr. Stephenson:** At AT&T we fully expect that. We're working on the technology ourselves. The iPhone is really our first entrée into a dual-mode handset utilizing Wi-Fi and traditional wireless technologies. That's the interesting part about the iPhone. It's causing everybody to stop and reflect on what's possible.

**WSJ:** There was a halo effect on the Mac as a result of the iPod. Are you envisioning anything similar with iPhone? Will it have synergistic effects on other parts of your business?

**Mr. Jobs:** The iPod halo effect has been real. A lot of people who've never owned an Apple product are buying their first one in an iPod. They're having a great experience with it and they're saying, Wow, what else does Apple make? They're more receptive to looking at the other products we might make. I would certainly hope that happens with the iPhone. I hope the iPhone will be the first Apple product that some, maybe many, people buy.

**WSJ:** What about the fact that the iPhone and other Apple products share the same underlying technology or operating system. Could people who write applications for the iPhone now be more attracted to becoming Mac developers?

**Mr. Jobs:** We have lots of people writing applications for our computers. We have almost one million people in our developer program. I don't think that's what matters to customers. What matters to customers is the experience they have using the product.

**WSJ:** Have you learned anything about partnering through the AT&T experience? How has it changed Apple?

**Mr. Jobs:** We first chatted with AT&T two-and-a-half years ago. We're from different industries, different parts of the country. And yet it's been a great relationship so far.

We started off thinking we should do an MVNO (mobile virtual network operator) and in talking that through with AT&T, both of us came to the realization that would just be a big waste of energy. We'd be trying to duplicate a lot of things they were already doing at a much greater scale. And we came to this....simple partnership: Let AT&T be AT&T. They've forgotten more about running a network than we'll ever know. And let Apple be Apple. We think we know how to design a great phone.

**WSJ:** Is Apple pursuing other global partnerships for the international iPhone launch?

**Mr. Jobs:** When we have something to talk about we'll give you a holler, but nothing today.

**WSJ:** To clarify on your comments about Wi-Fi handsets: Were you saying, Randall, that this phone will eventually evolve into that kind of device that does seamless roaming on Wi-Fi and cellular, or are you just saying there will be many more Wi-Fi devices?

**Mr. Stephenson:** This phone is the first device that truly kind of breaches that gap. You have a device they gets you true six-megabit broadband speeds on Wi-Fi connectivity. You get the mobility aspects of traditional cellular-type technologies. It begins to let your mind wonder. Once you have those kinds of speeds of a wireless handset ... it just opens up a whole new world to what can be done on these wireless devices.

**Mr. Jobs:** A few years ago, the perception was that the large operators viewed Wi-Fi as potentially an enemy. And I think quite the opposite is now the case. Wi-Fi is viewed as a friend.

**Mr. Stephenson:** Absolutely -- in fact Wi-Fi is just an enhancement to your existing wireless capability. I have this perspective that the more wireless we become, the more wireline we become. The deeper you push these wireless capabilities the more you're relying on the underlying wired transport which is a much faster, high-capacity transport. And Wi-Fi just takes that to the nth degree. You could not have thought of VoIP on a wireless handset until you start thinking about Wi-Fi capabilities on these handsets. That doesn't intimidate us at all. I think it's a very nice enhancement to an existing service.

**WSJ:** Did you make enough of these to meet demand?

**Mr. Jobs:** We're building a fair number of them, but we may not. We had to make our best guess as to what the demand was going to be and what supply we were going to put in place many, many months ago. We built factories to build these things and everything. We've taken our best guess but it wouldn't surprise me at all if it ain't enough.

**Write to** Nick Wingfield at nick.wingfield@wsj.com[9] and Amol Sharma at amol.sharma@wsj.com[10]

**URL for this article:**
http://online.wsj.com/article/SB1183061346268S1922.html

**Hyperlinks in this Article:**
(1) http://online.wsj.com/article/SB118295853624350170.html
(2) http://online.wsj.com/public/page/8_0004.html
(3) http://online.wsj.com/public/page/8_0004.html
(4) http://online.wsj.com/article/SB118289311361649057.html
(5) http://online.wsj.com/public/page/8_0004.html
(6) http://online.wsj.com/article/SB118286526829848456.html
(7) http://online.wsj.com/article/SB118264521806346111.html
(8) http://online.wsj.com/article/SB118238994144542888.html
(9) mailto:nick.wingfield@wsj.com
(10) mailto:amol.sharma@wsj.com

**Copyright 2009 Dow Jones & Company, Inc. All Rights Reserved**

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our **Subscriber Agreement** and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit **www.djreprints.com**.

**RELATED ARTICLES FROM ACROSS THE WEB**
Related Content may require a subscription | Subscribe Now -- Get 2 Weeks FREE

**Related Articles from WSJ.com**
- Mossberg Solution: iPhone vs. BlackBerry  Nov. 15, 2009
- iPhone Apps Take Root as Cottage Industry  Nov. 12, 2009
- Mossberg Solution: iPhone vs. BlackBerry  Nov. 02, 2009
- Walt Mossberg Reviews New Apple iPhone 3G S and OS 3.0  Nov. 01, 2009

**Related Web News**
- iPhone cellular data not working? Try resetting your network settings  Nov. 11, 2009  TUAW.com
- Is The Droid An IPhone Killer  Nov. 08, 2009  npr.org
- The iPhone is one of the best phones in the world, carriers with it are the...  Nov. 05, 2009  blogs.zdnet.com
- Let the war begin: AT&T sues Verizon Wireless over advertising claims  Nov. 04, 2009  bloggingstocks.com

**More related content**     *Powered by Sphere*

 

# Today @ PC World

News, opinion, and links from the PC World staff

## iPhone's Albatross: AT&T's EDGE Network

Posted by Mark Sullivan | Monday, July 09, 2007 2:32 PM PT

Long before the iPhone circus started, analysts and tech enthusiasts were complaining about the wireless network chosen to connect the new device to the Internet, AT&T's EDGE Network. The *Wall Street Journal* review called the network "pokey," while the *New York Times* review termed it "excruciatingly slow."

The people over at Broadband Reports (BBR) have now put some real numbers behind those complaints: 5805 iPhone users have now used the BBR's online iPhone/EDGE speed test, and the results ain't pretty.

The main finding of the test is that EDGE really is a relatively slow wireless network in terms of bandwidth. The 5805 iPhone users who took the speed test were getting an average download speed of 109 kilobits per second (Kbps) on the EDGE network. EV-DO wireless networks consistantly deliver between 400 Kbps to 700 Kbps download speeds, with bursts up to 2 megabits per second (Mbps). Your broadband connection at home is likely to be in the 1 Mbps range, or about 10 times the speed of EDGE. AT&T's more advanced 3G wireless network is also capable of delivering download speeds of around 1 Mbps.

BBR's speed test also reveals high levels of "latency" in the EDGE network. Latency is a measure, in milliseconds, of how long it takes a single small packet of data to travel from the iPhone through the network to a target location on the Web (a Yahoo server, for example) and back again. Mind you, that's *before* the network actually starts sending data down.

Anyway, the speed test shows that even for the smallest data request, iPhone users can expect 500 milliseconds of latency no matter how close they are to the server they're trying to access.

EDGE's high latency times and narrow bandwidth add up to painfully long page loads for iPhone users. So why did Apple and AT&T choose EDGE and not the AT&T 3G network for the iPhone? Because EDGE covers 90 percent of the country, while the 3G network covers just a few markets. Until AT&T builds out its 3G network to reach the rest of us, the iPhone will remain a 21st century device running on a 20th century network. Too bad.

Comments (0)



**Recent Posts**

- More Bad News for Blu-Ray
- McCain Pushes Fair Use on YouTube
- Firefox Update Enters Beta
- Googling Is Good For Your Brain
- Apple vs. the Economy: Can the New Macs Really Sell?
- Motorola, Verizon Deliver ZN4 Touch-Screen: Krave
- Pimp Your Flip Mino with Customizable Designs

**Monthly Archives**

- October 2008
- September 2008
- August 2008
- July 2008
- June 2008
- May 2008
- April 2008
- March 2008
- February 2008
- January 2008
- December 2007
- November 2007

**Resources**
Twitter
RSS
Newsletters
Contact Us
Magazine Customer Service
Advertise

**Network**
PC World
PC World Business Center
Macworld
MacUser
Mac OS X Hints
iPhone Central

PCWorld.com is the Web's trusted resource for management-level buyers and users of technology products, reaching an average of more than 11 million unique visitors per month (Hitbox, January - June 2009). More About Us » FAQ »



Name / City / Address 1 / State / Zip / Address 2 / E-mail (optional)

HOT PICKS　MY PICKS　MY GROUPS　　　　　　　　　　　　　　　　More

# MarketWatch

November 15, 2009　　　3:44 PM EST

| | Latest News | | View All | 2009 CEO |
|---|---|---|---|---|
| | 2:46p Stocks in focus for Monday | | | |
| | 1:26p Investors pull money from small-cap ETFs | | | |
| | 12:00p Obama unlikely to play hardball during China visit | | | |
| | 11:38a Israel stocks up: Credit Suisse warns on budget | | | The Rea |

| New York | London | Tokyo | DOW | +73.00 | NASDAQ | 18.86 | S&P 500 | 6.24 | Vot |
|---|---|---|---|---|---|---|---|---|---|
| Closed | Closed | Closed | 10,270 | +0.72% | 2,168 | 0.88% | 1,093 | 0.57% | |

Data is loading...

Front Page　News Viewer　Commentary　Markets　**Investing**　Personal Finance　Community　　　Become a Ma

**Stocks**　Mutual Funds　ETFs　Options　Bonds　Commodities　Currencies　Getting Started　MarketWatch Adviser　Pre

TELECOM REPORT　　　　　　　　　　　　　　　　　　　　　　　　　　　Feb. 6, 2008, 4:4

# AT&T exp
# network

**Move likely foreshadows introduction of updated iPhone**
**Related stories**
Dell to launch smartphone in China, Brazil (Nov. 13)
AT&T's rivals still seeking answer to iPhone (Nov. 6)
Sprint reports bigger quarterly loss (Oct. 29)
AT&T profit flat, but iPhone sales soar (Oct. 22)

STORY　QUOTES　COMMENTS SCREENER (10)

Alert Email Print　Share
**By Jeffry Bartash, MarketWatch**
**WASHINGTON (MarketWatch) -- AT&T Inc. on Wednesday announced it will expand its high-speed wireless network, a move that would especially benefit future iPhone buyers.**

One of the few major complaints about Apple Inc.'s wireless phone is its reliance on AT&T's slower wireless network, known as Edge.

Download speeds on Edge rarely exceed 200 kilobits, far less than what's offered by rivals Verizon Wireless and Sprint Nextel Corp. (S 3.10, +0.05, +1.64%) . Sending data over the Edge network is even slower.

AT&T's (T 26.25, -0.04, -0.15%) newer "3G," or third generation, network is based on a different technology known as HSPA. That network enables AT&T customers to download music or video at much faster speeds -- up to 1.4 megabits per second. It's as fast as basic DSL Internet service.



Apple iPhone

What's more, the HSPA network is also being upgraded to allow customers to send or "upload" data at significantly faster speeds, peaking at 800 kilobits per second. (That version is known as HSUPA, with the "U" standing for uplink.)

With faster access to the Internet, the popular iPhone would become even more attractive and potentially drive Apple's sales higher in the second year of the product's life cycle.

Future buyers could take better advantage of the device's multimedia capabilities such as surfing the Web or directly downloading music and

Di
mo
ga
co

Reade
I'm getting
old Sprint

HOT PICKS   MY PICKS   MY GROUPS

videos. Downloads on the iPhone can sometimes be painfully slow.
Although Apple and AT&T have not specified a date, the companies have indicated that new iPhones compatible with its faster mobile network would be available in 2008.

AT&T Chief Executive Randall Stephenson, for example, told business and technology leaders at an event last November in San Francisco that a 3G iPhone would be available "next year."

The biggest holdup, Apple CEO Steve Jobs has said, is the excessive power consumption of 3G computer chips for mobile devices. Chips designed for the slower Edge network use far less energy.

For now AT&T offers only HSUPA cards for aptop computers, but spokesman Michael Coe said non-Apple phones that include the technology would become available in the near future.

Even with new upgrades, however, the HSPA network would have more limited reach than AT&T's Edge network. Edge is accessible by AT&T customers virtually anywhere in the country, save for a few remote areas.

So far, HSPA has been rolled out in about 270 markets. AT&T said Wednesday it will reach nearly 350 markets by year end, including the top 100 cities in the U.S.

Coe said AT&T has not disclosed how much of the population would be covered by the HSPA network. Edge can be accessed by 280 million people, or about 93% of the U.S. population.

The work to enable higher upload speeds, meanwhile, would be finished by mid-year, AT&T said. As a result, 3G-capable iPhones might not be available at least until summer since Apple would want to incorporate HSUPA chips to take advantage of the higher upload speeds.

Unfortunately for current iPhone customers, their devices won't work on the faster AT&T wireless network. They would have to buy or trade in for newer models.

*Jeffry Bartash is a reporter for MarketWatch in Washington.*

Add Comment › · Recommend (1) · Post: 🇫 📧 Alert Email Print    Share

**Trader Makes $4 Billion**
Wiz Kid Stock & Option Trader Makes $4 Billion Trading Stock Options!
www.VirtualInvestingClub.com

**2550% Penny Stock Gains?**
Our last pick exploded 2550%! - 100% free and accurate newsletter!
http://www.PennyStocksExpert.com

**AARP Endorsed Auto Ins.**
Over 50? Save up to $402. 9 out of 10 AARP Policyholder's saved.
AARP.TheHartford.com

## Comments (10)

Comments Screener

**jhs2255** 647 days ago                    +1 Vote (1 Up / 0 Dn)

> Imagine that. If you want a faster network (better service), you'll have to buy a new iPhone. The marketing geniuses at Apple strike again. And, the sheep will line up again. Maybe the early adopters can use the credit they received after the price was reduced to purchase their new iPhone.

---

*Sidebar:*

this today.
- sroussey | 12
+1 Vote (1 Up / (

### First T:

**Weak dollar**
The latest inter
the U.S. trade
year-plus lows
2:03 p.m Nov. 1

### Most Po

MOST READ

1. **How di subsidi**
2. Five mark
3. What if fri
4. Stocks in
5. Obama ur

### Partner (




TRAD
MOB


ETF


The Tech


$3 Sto
SOC

← Sprint Next
The market is (

**$3.10**

| Markets

HOT PICKS   MY PICKS   MY GROUPS
I love "please take my money" marketing.
iPhone--the coolest product I'll never own.

Reply   Link   Track Replies   Report Abuse

**LoanSharksAreBack** 647 days ago                    +1 Vote (1 Up / 0 Dn)

1.4 Mbps is going to be old tech by the time theyre done deploying

Reply   Link   Track Replies   Report Abuse

**ame** 647 days ago                    +1 Vote (1 Up / 0 Dn)

And they are arbitrarily raising their DSL rates for no improvement in service...

Reply   Link   Track Replies   Report Abuse

**AAAAmerican** 647 days ago

This comment did not conform to the MarketWatch Community Guidelines and was removed.

**LoanSharksAreBack** 647 days ago                    0 Votes

Don't forget they also absorbed (back) Cingular. The company is still hampered by union dead weights. But on the bright side like in the old Ma Bell days, AT&T is THE network.

Reply   Link   Track Replies   Report Abuse

**cosmicman** 647 days ago                    0 Votes

I am not so sure that existing iPhone owners will line up like sheep. Most users are content with the product as it is and use the internet for uploading and downloading on other computers most of the time for transfer to the iPhone. The online aspect of the phone is minimalist and I have gotten used to the quirks. When the new one comes out it will be great for some to upgrade but mostly as first time buyers. Don't expect a mass purchase of devices without some sort of major incentive program for current customers . I am surprised that Apple does not have an option to upgrade the existing phone which makes assumptions correct that they are trying to make money from existing users like every other company in the world. Note that the coverage will be just

Change +0.05
Volume 26.56n
Add to portfolio

< AT&T Inc (
The market is (
$**26.2**

| Markets

HOT PICKS　MY PICKS　MY GROUPS

as bad as it is now. Just where it s good will have DSL quality.

Change -0.04
Volume 19.81n
Add to portfolio

Reply　Link　Track Replies　Report Abuse

**snosurfer08012** 647 days ago　　　　　　　　　　　　　　0 Votes

it's all about wireless--I even had free wireless on my iphone over the weekend in NUMEROUS places all over Vermont for god's sakes--and even edge was res[ectable up there--I'm completely satisfied with my iphone, edge and the ever-growing FREE wireless all over the country--imagine that??

Reply　Link　Track Replies　Report Abuse

**Brill** 647 days ago　　　　　　　　　　　　　　+1 Vote (1 Up / 0 Dn)

I can vouch for the increase in power drain of the 3G network, even if you aren't using the internet. I don't even use the internet on my phone, but when I switch my phone from 3G to 2G only, I added at least an hour to my talk time. Any change in the iPhone to include the new chips should a so have a setting to use the slower network to conserve battery power if the use so chooses. Some users may rather have the slower network and better battery life.

Reply　Link　Track Replies　Report Abuse

**cosmicman** 647 days ago　　　　　　　　　　　　　　0 Votes

AT&T coverage west of Texas and to the north is not as good as Verizon. From the map that I saw it has about 1/2 of the US adequately covered. I have used the phone in Europe to their credit.

Reply　Link　Track Replies　Report Abuse

**Lewisloyal** 647 days ago　　　　　　　　　　　　　　0 Votes

Cingular has again been forced tc defend claims made in a big money advertising campaign about the reliability of its network.
The wireless operator, now rebranding as AT&T, launched the high-profile billboard, TV and print campaign last year. TV ads are still running now in which a series of hilarious binds are caused by calls being cut off. Despite a variety of more prescient coverage problems faced by US cellphone users, the ads make capital from trumpeting that Cingular "drops" the fewest calls.
Not so, according to Houston-based wireless services provider MindWireless, which claims independence from any operator. According to the trade newspaper RH Wireless News, MindWireless found that Cingular dropped more calls than Sprint Nextel between January 1 and June 30 last year.
Ironically, Verizon, which claims to have the most reliable network, landed third with a rate of 8 percent &ndash; about 50 percent behind the leader, Sprint.

Reply　Link　Track Replies　Report Abuse

**sroussey** 647 days ago　　　　　　　　　　　　　　+1 Vote (1 Up / 0 Dn)

| Markets

HOT PICKS　　MY PICKS　　MY GROUPS　　I'm getting 1.8Mbps d/l (756Kbs up) on my 9 month old Sprint Mogul today. EVDO rev A already does this today. But I do want my WiMax...!

**Reply**　Link　Track Replies　Report Abuse

## Add a Comment

```
Enter reply here
```

[ADD] CANCEL　　　　　　　　Community guidelines ›

☐ Track Responses

Log in or sign up to join the discussion—it's free!

**Log In | Sign Up**

**MarketWatch Community:
Discover. Share. Organize.**

## Featured Stories

### How did economy do without Uncle Sam's subsidies?
The economy has been supported by government subsidies to buy houses and cars, but with the subsidies...

### Earnings growth elusive but outlooks brighten
Third-quarter earnings season is coming to an end with the mildest profit decline in two years.

### Obama embraces the challenge posed by China
President Barack Obama says the U.S. will seek to increase cooperation with China, and also warns of...

### Stocks in Monday
Among the sha see active trad Lowe's, Assure Pacific Sunwea

---

**MarketWatch.com**

Site Index
Topics
Help
Feedback
Newsroom Roster
Media Archive

　Company Info
　Code of Conduct
　Corrections
　Advertising Media Kit
　Advertise Locally
　License our Content

Enter Symbols or Keywords

Premium Products
Mobile
Podcasts
　RSS
　MarketWatch on Facebook
　MarketWatch on Twitter

WSJ.com
Barron's Onlin
BigCharts
Virtual Stock E
All Things Dig



Copyright © 2009 MarketWatch, Inc. All rights reserved.
By using this site you agree to the Terms of Service and Privacy Policy.

Intraday data provided by Interactive Data Real Time Services a divi current end-of-day data provided by Interactive Data Pricing and Ref current financial status. Intraday data delayed 15 minutes for Nasdac Jones & Company, Inc. SEHK intraday data is provided by Comstock Real-time last sale data provided by NASDAQ.

| Markets