# EXHIBIT 7

**AT&T Offers Nation's Fastest 3G Network**

*Nation's Fastest 3G Network Complements Best Global Coverage and Industry-Leading Portfolio of 3G Devices*

**Dallas, Texas, July 10, 2008**

For customers who want access to blazing-fast wireless broadband service, there's one clear choice among all U.S. carriers. AT&T Inc. (NYSE:T) today announced it offers the nation's fastest third-generation (3G) network, according to data compiled by leading independent wireless research firms. AT&T's superfast 3G mobile broadband network is currently available in nearly 300 major U.S. metropolitan areas, with plans to expand to nearly 350 by the end of the year. In addition, AT&T has the best global coverage of any provider with roaming available in more than 200 countries, including more 3G roaming than any other carrier.

The fastest 3G network claim is based on a variety of tests conducted by leading third-party researchers, who downloaded a variety of applications and files to test throughput and overall performance. AT&T was the winner by a significant margin.

AT&T also announced it has started doubling the data capacity of its 3G markets, and nearly half of all cell sites will receive additional 3G capacity by the end of the year. The additional capacity will help accommodate the anticipated growth of 3G subscribers over the next several years. According to the Yankee Group, the number of 3G subscribers in the U.S. is expected to increase by 160 percent by 2012.

"We've invested billions of dollars in our 3G network, and now we can proudly claim it as the nation's fastest 3G network," said Ralph de la Vega, president and CEO of AT&T's wireless unit. "We will continue to expand our 3G network coverage into new areas, grow our lineup of industry-leading devices, such as iPhone 3G, and deliver compelling new 3G services to market like Video ShareSM. And to top it off, only AT&T offers the best global coverage. AT&T's ability to serve its wireless customers is unparalleled in our industry."

Between 2005 and 2008, AT&T will have invested more than $20 billion in network improvements and upgrades — an average of $5 billion a year. Much of this network investment has gone to build out the 3G broadband data network, which today is available in 296 major metropolitan markets. In addition, the company is deploying additional 3G coverage using 850 megahertz (MHz) spectrum that is now available from the recent sunset of its older TDMA network. This spectrum extends farther and better covers the interior of buildings.

In addition to the company's constant 3G expansion in the U.S., only AT&T can offer 3G data roaming in 60 countries, including Japan and South Korea, as well as voice calling in more than 200 countries. Nearly all devices in AT&T's current portfolio are "world phones" that can be used around the world.

Another advantage of AT&T's 3G network is the ability for customers to simultaneously use voice and data features. For example, customers can make a call while checking for a local address on YELLOWPAGES.COM.

## FIND MORE INFORMATION ONLINE

**Related Media Kits:**

It's Allover
AT&T Video Share
built for speed!

**Related News Releases:**

AT&T to Offer Next-Generation iPhone on Its High-Performance 3G Network

**Related Fact Sheets:**

3G Coverage: Cities with 3G Service
Video Share Fact Sheet

**Web Sites:**

AT&T Web Site
About the AT&T 3G Network

**Bookmarks and Tags:**

del.icio.us        digg        Technorati:

AT&T, 3G Network, Mobile Broadband, Wireless Internet Service

Learn more about bookmarks and tags.

**About AT&T**

AT&T Inc. (NYSE:T) is a premier communications holding company. Its subsidiaries and affiliates, AT&T operating companies, are the providers of AT&T services in the United States and around the world. Among their offerings are the world's most advanced IP-based business communications services and the nation's leading wireless, high speed Internet access and voice services. In domestic markets, AT&T is known for the directory publishing and advertising sales leadership of its Yellow Pages and YELLOWPAGES.COM organizations, and the AT&T brand is licensed to innovators in such fields as communications equipment. As part of its three-screen integration strategy, AT&T is expanding its TV entertainment offerings. In 2008, AT&T again ranked No. 1 on Fortune magazine's World's Most Admired Telecommunications Company list and No. 1 on America's Most Admired Telecommunications Company list. Additional information about AT&T Inc. and the products and services provided by AT&T subsidiaries and affiliates is available at .

© 2008 AT&T Intellectual Property. All rights reserved. AT&T and the AT&T logo are trademarks of AT&T Intellectual Property.