# EXHIBIT 8



**Advertiser:** AT&T
**Product:** High Speed Internet
**Title:** Plenty Of Room
**Ad Code:** ATTTL-39464

**First Date:** 08/10/09
**Source:** CNN
**Length:** 30
**New/Recut:** New



**(Fade in)**
**BILL CURTIS:** I'm racing cross country in this small sidecar...



but I've still got room for the Internet with my new netbook from AT&T.



With its built-in 3G network...



it's fast and small...

**Text: Screen images simulated**



so it goes places other laptops can't.



I'm Bill Curtis and wherever I go...



I've got plenty of room for the Internet...



and the nation's fastest 3G network.



Gun it, Mick.
**(Music)**



**VOICE OVER:** Sign up today and get a netbook for $199.99 after mail-in rebate.
**Text:** Pay $299.99 and after mail-in rebate receive $100 AT&T promotion card. 1-year service agreement on qualifying DataConnect Plan required. DataConnect Plan (illegible) charges may be required (illegible)



With built-in access to the nation's fastest 3G network...
**Text:** 3G not available in all areas. All (illegible) days for debit card (illegible) Promotion card may be used to pay bill. Card valid in U.S. only for (illegible) days after issuance. (illegible) isnot...



only from AT&T.
**(Fade out)**

**Text cont.:** redeemable for cash. (illegible) may vary by product & plan. (illegible) charges & conditions apply. See store for details.

- Tapes and MPEGs can be ordered by contacting us at 718.482.4211 -
*This material may be used for internal review, analysis or research only. No part of this document may be reproduced, published, or publicly displayed in any form.*



Advertiser: AT&T
Product: High Speed Internet
Title: Plenty Of Room(White Offer Frames)
Ad Code: ATTTL-39714

First Date: 08/27/09
Source: New York City
Length: 30
New/Recut: Recut



(Fade in)
**BILL CURTIS:** I'm racing cross country in this small sidecar...



but I've still got room for the Internet with my new netbook from AT&T.



With its built-in 3G network...



it's fast and small...

**Text:** Screen images simulated



so it goes places other laptops can't.



I'm Bill Curtis...



and I've got plenty of room for the Internet...



and the nation's fastest 3G network. Gun it, Mick.



(Music)
**VOICE OVER:** Sign up today and get a...
**Text:** Pay $299.99 and after mail-in rebate receive $100 AT&T promotion card. 2 year service agreement on qualifying DataConnect Plan...



netbook for $199.99 after mail-in rebate.

**Text cont:** required. DataConnect Plan is not unlimited & substantial charges may be incurred if allowance is exceeded.



With built-in access to the nation's fastest 3G network...

**Text:** 3G not available in all areas. Allow 60 days for debit card fulfillment. Promotion card may be used to pay bill. Card valid in U.S. only for 120 days...



only from AT&T.
(Fade out)

**Tex cont:** after issuance date, but is not redeemable for cash. Features vary by product & plan. Certain geographic, other monthly charges & restrictions apply. See store for details.

- Tapes and MPEGs can be ordered by contacting us at 718.482.4211 -
*This material may be used for internal review, analysis or research only. No part of this document may be reproduced, published, or publicly displayed in any form.*



**Advertiser:** AT&T
**Product:** AT&T Mobile Broadband
**Title:** It's Small & Fast
**Ad Code:** ATTTL-39684

**First Date:** 08/25/09
**Source:** New York City
**Length:** 30
**New/Recut:** New



**(Fade in)**
**BILL CURTIS:** I'm here on this tiny little plane, and guess what?



I've still got room for the Internet with my new netbook...



from AT&T. With its built-in 3G network...



it's fast and small so it goes places other laptops can't.

**Text: Screen images simulated.**



**FLIGHT ATTENDANT:** Anything before takeoff, Mr. Curtis?



**BILL CURTIS:** Prime rib. Medium rare.



I'm Bill Curtis and I've got plenty of room for the Internet...



on the nation's fastest 3G network.



**VOICE OVER:** Sign up today and get a netbook for $199.99 after mail-in rebate...
**Text:** Pay $299.99 and after mail-in rebate receive $100 AT&T promotion card. 2-year service agreement on qualifying DataConnect Plan required. DataConnect Plan is not unlimited &...



with built-in access to the nation's fastest 3G network...
**Text cont.:** (illegible) charges may be (illegible) if included allowance is exceeded.
**Text:** 3G not available in all areas. Allow 60 days for debit card...



only from AT&T.
**Text cont.:** fulfillment. Promotion card may be used to pay bill. Card valid in US only for 120 days after issuance date but is not redeemable for cash. Features may vary by product & plan. Certain geographic (illegible) monthly charges & restrictions apply. See store for details.



**(Fade out)**

**Text:** att.com/netbooks    866.MOBILITY

**- Tapes and MPEGs can be ordered by contacting us at 718.482.4211 -**
*This material may be used for internal review, analysis or research only. No part of this document may be reproduced, published, or publicly displayed in any form.*



**Advertiser:** AT&T
**Product:** FastAccess DSL-Consumer
**Title:** Be Ready (FastAccess DSL)
**Ad Code:** ATTTL-39992

**First Date:** 09/02/09
**Source:** Columbus, OH
**Length:** 30
**New/Recut:** Recut



**(Music)**
**VOICE OVER:** Opportunity doesn't just knock anymore.



Make your own noise with high-speed Internet from AT&T.



No matter where you go, be ready when inspiration strikes...



with a small but powerful netbook...



with access to the nation's fastest 3G network built right in.

**Text: 3G network not available in all areas.**



Switch to FastAccess DSL from AT&T...

**Text: Offer excludes FastAccess® DSL Lite service with a term commitment. Customer must satisfy all outstanding obligations with current cable provider. Online redemption required. Other restrictions apply. May not be combined with other Internet service cash back offers. Offers end 9/19/09.**



at home and on the go and get $150 back...



plus get a great deal on a new netbook. But hurry, offer ends soon.



**(Music)**



This is how to turn your inspiration into success.



**(Music)**



AT&T. Your world. Delivered.
**(Fade out)**

**Text: Your world. Delivered.
att.com/create**

- Tapes and MPEGs can be ordered by contacting us at 718.482.4211 -
*This material may be used for internal review, analysis or research only. No part of this document may be reproduced, published, or publicly displayed in any form.*