# EXHIBIT 9



**Advertiser: AT&T**
**Product: Laptop Connect Card**
**Title: Fastest Network**
**Ad Code: ATTTL-37728**

**First Date: 04/08/09**
**Source: Home and Garden TV**
**Length: 30**
**New/Recut: New**



**(Fade in)**
**BILL CURTIS:** At 155 miles per hour...



Andy Roddick has the fastest serve...



in the history of professional tennis.



So I've come to this court to challenge his speed - on the internet.



**(Roddick appears shocked)**
I'll be using the 3G...



AT&T Laptop Connect Card. He won't.



So I can book travel plans faster, check my account balances faster...

**Text: Screen Images Simulated**



all on the go. I'm Bill Curtis, and I'm faster than Andy Roddick.



**VOICE OVER:** Switch to the nation's...

**Text: 3G not available in all areas. Pay $99.99 and after mail-in rebate, receive $100 AT&T promotion card, $60/month DataConnect Plan and 2-year wireless service agreement required.**



fastest 3G network and get...

**Text cont: DataConnect Plan is not unlimited & substantial charges may be incurred if individual allowance is exceeded.**
**Text: Allow 60 days for debit card fulfillment. Promotional card...**



the AT&T Laptop Connect Card for free.

**Text cont: may be used to pay bill. Card valid in US only for 120 days after issuance date but is not redeemable for cash. Features vary by product and plan.**



**(Fade out)**

**Text cont: Certain geographic, other monthly charges & restrictions apply. See store for details.**
**Text: Your world. Delivered.**
**att.com/laptopconnect**

- Tapes and MPEGs can be ordered by contacting us at 718.482.4211 -

*This material may be used for internal review, analysis or research only. No part of this document may be reproduced, published, or publicly displayed in any form.*



**Advertiser:** AT&T
**Product:** 3G LaptopConnect Card
**Title:** Faster Than Floyd (Free card)
**Ad Code:** ATTTL-37758

**First Date:** 04/09/09
**Source:** MSNBC
**Length:** 30
**New/Recut:** Recut



**(Fade in)**
**BILL CURTIS:** Undefeated...



professional boxer, Floyd "Money" Mayweather...



has the fastest hands boxing has ever seen.



So I've come to this ring to see who's faster on the internet.



I'll be using the 3G AT&T Laptop Connect Card.



He won't.



So I can browse the web faster email business plans faster, all on the go.

**Text: Screen Images Simulated**



I'm Bill Curtis, and I'm faster than Floyd Mayweather.



**(Curtis makes Mayweather flinch)**
**(Music)**



**VOICE OVER:** Switch to the nation's fastest 3G network and get...
**Text: 3G not available in all areas. Pay $99.99 and after mail in-rebate, receive $100 AT&T promotion card. $60/month DataConnect Plan and 2-year wireless service agreement required.**



the AT&T LaptopConnect Card for free.
**Text cont.: DataConnect Plan is not unlimited & substantial charges may be incurred if included allowance is exceeded. Allow 60 days for debit card fulfillment. Promotion card may be used to pay bill. Card valid in US only for 120 days after...**



**(Fade out)**
**Text cont.: issuance date, but is not redeemable for cash. Features vary by product and plan. Certain geographic, other monthly charges & restrictions apply. See store for details.**
**Your world. Delivered.**
**att.com/laptopconnect**

**- Tapes and MPEGs can be ordered by contacting us at 718.482.4211 -**
*This material may be used for internal review, analysis or research only. No part of this document may be reproduced, published, or publicly displayed in any form.*




**Advertiser:** AT&T
**Product:** 3G LaptopConnect Card
**Title:** Record Holder
**Ad Code:** ATTTL-34047


**First Date:** 10/04/08
**Source:** Los Angeles
**Length:** 30
**New/Recut:** New


**(Michael Phelps wearing his gold medals)**


**BILL CURTIS:** World Record holder Michael Phelps...


is the fastest swimmer ever. So I've come to this aquatic center...


to challenge him to a race, on the internet.


I'll be using this 3G AT&T Laptop Connect Card...


he won't.


So I can download inventory reports faster...


email business proposals faster, all on the go.


I'm Bill Curtis and I'm faster than Michael Phelps.


**(Music)**
**VOICE OVER:** Switch to the nation's...
Text: 3G coverage not available in all areas. Pay $99.99 and after mail-in rebate receive $100 AT&T promotion card. $(illegible)/month data package purchase and 2-year wireless service agreement required. Allow 60 days for debit card fulfillment.


fastest 3G Network and get the AT&T Laptop Connect Card for free.
Text cont.: Promotion card may be used to pay bill. Card valid in US only for 120 days after issuance date but is not redeemable for cash. Features vary by product and plan. Certain geographic, other monthly charges...


**(Fade out)**
Text cont.: and restrictions apply. See store for details. Coverage claim based on global coverage.
Your world. Delivered.
att.com/laptopconnect

**- Tapes and MPEGs can be ordered by contacting us at 718.482.4211 -**
*This material may be used for internal review, analysis or research only. No part of this document may be reproduced, published, or publicly displayed in any form.*