# EXHIBIT 11

Dockets.Justia.com

# National
## AT&T Wireless HSPA Coverage Map



VERZ_ATT_Natl_20090923