**EXHIBIT 13**



# WANT 5 TIMES MORE 3G COVERAGE THAN AT&T?
## THERE'S A MAP FOR THAT.



■ Verizon Wireless 3G Coverage



■ AT&T 3G Coverage

Browse the Web and download music and apps, at 3G speed, in five times more places than AT&T. Before you pick a phone, pick a network.

## GREAT DEALS ON ADVANCED 3G PHONES
All phones require new 2-yr. activation. While supplies last.

**BlackBerry® Storm™**
Our lowest price ever
NOW $**49**⁹⁹  $149.99 2-yr. price – $100 mail-in rebate debit card.
**BUY ANY BLACKBERRY, GET 1 FREE**
Free phone must be of equal or lesser value. All smartphones require a voice plan with email feature, or email plan.



**LG Versa™**
Large 3" touch screen
$**49**⁹⁹  $149.99 2-yr. price – $100 mail-in rebate debit card.
Requires a Nationwide Calling Plan.



**Samsung Rogue™**
Fully equipped 3G slider
$**79**⁹⁹  $179.99 2-yr. price – $100 mail-in rebate debit card.
Data package of $9.99 or higher, or Nationwide Premium or Connect Plan required.



## SWITCH TO AMERICA'S LARGEST AND MOST RELIABLE WIRELESS NETWORK.
**Call** 1.800.811.7600    **Click** verizonwireless.com    **Visit** any Communications Store



Activation fee/line: $35 ($25 for secondary Family SharePlan® lines w/ 2-yr. Agmts).

IMPORTANT CONSUMER INFORMATION: Subject to Customer Agmt, Calling Plan, rebate form & credit approval. Up to $175 early termination fee & other charges. Device capabilities: Add'l charges & conditions apply. Offers & coverage, varying by service, not available everywhere. While supplies last. Shipping charges may apply. Rebate debit card takes up to 6 weeks & expires in 12 months. Map does not guarantee coverage, contains areas with no service, and generally predicts where rates & outdoor coverage apply. Equipment, topography and environment affect service. Coverage comparison based on square miles covered. All company names, trademarks, logos and copyrights not the property of Verizon Wireless are the property of their respective owners. Rhapsody® and the Rhapsody logo are registered trademarks of RealNetworks, Inc. © 2009 Verizon Wireless. ADCODE



# WANT 5 TIMES MORE 3G COVERAGE THAN AT&T?
## THERE'S A MAP FOR THAT.



■ Verizon Wireless 3G Coverage



■ AT&T 3G Coverage

Browse the Web and download music and apps, at 3G speed, in five times more places than AT&T. Before you pick a phone, pick a network.

**GREAT DEALS ON ADVANCED 3G PHONES**
All phones require new 2-yr. activation. While supplies last.

**BlackBerry® Storm™**
Our lowest price ever
NOW $49.99   $149.99 2-yr. price – $100 mail-in rebate debit card.
**BUY ANY BLACKBERRY, GET 1 FREE**
Free phone must be of equal or lesser value. All smartphones require a voice plan with email feature, or email plan.



**LG Versa™**
Large 3" touch screen
$49.99   $149.99 2-yr. price – $100 mail-in rebate debit card.
Requires a Nationwide Calling Plan.



**Samsung Rogue™**
Fully equipped 3G slider
$79.99   $179.99 2-yr. price – $100 mail-in rebate debit card.
Data package of $9.99 or higher, or Nationwide Premium or Connect Plan required.



## SWITCH TO AMERICA'S LARGEST AND MOST RELIABLE WIRELESS NETWORK.
**Call** 1.877.2BUY.VZW      **Click** verizonwireless.com      **Visit** any Communications Store



Activation fee/line: $35 ($25 for secondary Family SharePlan® lines w/ 2-yr. Agmts).
IMPORTANT CONSUMER INFORMATION: Subject to Customer Agmt, Calling Plan, rebate form & credit approval. Up to $175 early termination fee & other charges. Device capabilities: Add'l charges & conditions apply. Offers & coverage, varying by service, not available everywhere. While supplies last. Shipping charges may apply. Rebate debit card takes up to 6 weeks & expires in 12 months. Map does not guarantee coverage, contains areas with no service, and generally predicts where rates & outdoor coverage apply. Equipment, topography and environment affect service. Coverage comparison based on square miles covered. All company names, trademarks, logos and copyrights not the property of Verizon Wireless are the property of their respective owners. Rhapsody® and the Rhapsody logo are registered trademarks of RealNetworks, Inc. © 2009 Verizon Wireless.                                                                                                                                                                                ADCODE

CNAT-94735-10.16 Project Map Price Change Promo-REGIONS



# WANT 5 TIMES MORE 3G COVERAGE THAN AT&T?
## THERE'S A MAP FOR THAT.



■ Verizon Wireless 3G Coverage



■ AT&T 3G Coverage

Browse the Web and download music and apps, at 3G speed, in five times more places than AT&T. Before you pick a phone, pick a network.

**GREAT DEALS ON ADVANCED 3G PHONES**
All phones require new 2-yr. activation. While supplies last.

**BlackBerry® Storm™**
Our lowest price ever
NOW $49.99  $149.99 2-yr. price – $100 mail-in rebate debit card.
BUY ANY BLACKBERRY, GET 1 FREE
Free phone must be of equal or lesser value. All smartphones require a voice plan with email feature, or email plan.



**LG Versa™**
Large 3" touch screen
$49.99  $149.99 2-yr. price – $100 mail-in rebate debit card.
Requires a Nationwide Calling Plan.



**Samsung Rogue™**
Fully equipped 3G slider
$79.99  $179.99 2-yr. price – $100 mail-in rebate debit card.
Data package of $9.99 or higher, or Nationwide Premium or Connect Plan required.



## SWITCH TO AMERICA'S LARGEST AND MOST RELIABLE WIRELESS NETWORK.
**Call** 1.888.640.8776    **Click** verizonwireless.com    **Visit** any Communications Store



SOUTH

Activation fee/line: $35 ($25 for secondary Family SharePlan® lines w/ 2-yr. Agmts).

IMPORTANT CONSUMER INFORMATION: Subject to Customer Agmt, Calling Plan, rebate form & credit approval. Up to $175 early termination fee & other charges. Device capabilities: Add'l charges & conditions apply. Offers & coverage, varying by service, not available everywhere. While supplies last. Shipping charges may apply. Rebate debit card takes up to 6 weeks & expires in 12 months. Map does not guarantee coverage, contains areas with no service, and generally predicts where rates & outdoor coverage apply. Equipment, topography and environment affect service. Coverage comparison based on square miles covered. All company names, trademarks, logos and copyrights not the property of Verizon Wireless are the property of their respective owners. Rhapsody® and the Rhapsody logo are registered trademarks of RealNetworks, Inc. © 2009 Verizon Wireless.    ADCODE

CNAT-94735-10.16 Project Map Price Change Promo-REGIONS



# WANT 5 TIMES MORE 3G COVERAGE THAN AT&T?
## THERE'S A MAP FOR THAT.


■ Verizon Wireless 3G Coverage


■ AT&T 3G Coverage

Browse the Web and download music and apps, at 3G speed, in five times more places than AT&T. Before you pick a phone, pick a network.

**GREAT DEALS ON ADVANCED 3G PHONES**
All phones require new 2-yr. activation. While supplies last.

**BlackBerry® Storm™**
Our lowest price ever
NOW $49.99   $149.99 2-yr. price – $100 mail-in rebate debit card.
BUY ANY BLACKBERRY, GET 1 FREE
Free phone must be of equal or lesser value. All smartphones require a voice plan with email feature, or email plan.



**LG Versa™**
Large 3" touch screen
$49.99   $149.99 2-yr. price – $100 mail-in rebate debit card.
Requires a Nationwide Calling Plan.



**Samsung Rogue™**
Fully equipped 3G slider
$79.99   $179.99 2-yr. price – $100 mail-in rebate debit card.
Data package of $9.99 or higher, or Nationwide Premium or Connect Plan required.



## SWITCH TO AMERICA'S LARGEST AND MOST RELIABLE WIRELESS NETWORK.
**Call** 1.800.2.JOIN.IN      **Click** verizonwireless.com      **Visit** any Communications Store



Activation fee/line: $35 ($25 for secondary Family SharePlan® lines w/ 2-yr. Agmts).

**IMPORTANT CONSUMER INFORMATION:** Subject to Customer Agmt, Calling Plan, rebate form & credit approval. Up to $175 early termination fee & other charges. Device capabilities: Add'l charges & conditions apply. Offers & coverage, varying by service, not available everywhere. While supplies last. Shipping charges may apply. Rebate debit card takes up to 6 weeks & expires in 12 months. Map does not guarantee coverage, contains areas with no service, and generally predicts where rates & outdoor coverage apply. Equipment, topography and environment affect service. Coverage comparison based on square miles covered. All company names, trademarks, logos and copyrights not the property of Verizon Wireless are the property of their respective owners. In CA: Sales tax based on full retail price of phone. In CA: Sales tax based on full retail price of phone. Rhapsody® and the Rhapsody logo are registered trademarks of RealNetworks, Inc. © 2009 Verizon Wireless.      ADCODE

CNAT-94735-10.16 Project Map Price Change Promo-REGIONS