# EXHIBIT 14



**TITLE:** "MAP FOR THAT SAMSUNG ROGUE/ALIAS 2" :30
**PRODUCT:** BRAND

**AIR DATES:** 10/16/09 – 11/7/09
**CODE NO.:** YVWN-9059000

| | | | |
|---|---|---|---|
|  |  |  |  |
| **ANNCR VO:** If you wanna know | why your 3G coverage | works so well on Verizon Wireless, | there's a map for that. |
|  |  |  |  |
| Or why you can watch videos | at 3G speed, almost anywhere, | there's a map for that. | And if you want to know why some people |
|  |  |  |  |
| have spotty 3G coverage, | there's a map for that, too. | Yep. With 5X more 3G coverage than AT&T, | there's lots of reasons to switch to Verizon Wireless. |

**SUPER:** Comparison based on square miles covered with 3G. Voice & data services available outside 3G coverage area.

| | | | |
|---|---|---|---|
|  |  |  |  |
| Come in now | for great new Samsung | 3G messaging phones | starting at $49.99. |

**SUPER:** $179.99 2 yr. price - $100 mai-in rebate debit card. New 2 yr. activation req'd.
**SUPER:** Subject to Customer Agmt, Calling Plan, up to $175 early termination fee, other charges & restrictions. Coverage not available everywhere. Network details & coverage maps at vzw.com. Screen images simulated.

**SUPER:** $149.99 2 yr. price - $100 mai-in rebate debit card. New 2 yr. activation req'd.