# EXHIBIT 15



**TITLE:** "MAP FOR THAT - LG $29.99" :30
**PRODUCT:** BRAND

**AIR DATES:** 10/30/09 – 11/7/09
**CODE NO.:** YVWN-9077000


**ANNCR VO:** If you wanna know why your 3G coverage


works so great


on Verizon Wireless,


there's a map for that.


Or why you can make plans


on the go at 3G speed.


There's a map for that.


And if you want to know why


your friend's 3G coverage is so spotty,


there's a map for that, too.


Yep. With 5X more 3G coverage than AT&T,


there's lots of reasons to switch to Verizon Wireless.

**SUPER:** Comparison based on square miles covered with 3G. Voice & data services available outside 3G coverage area.


Now get new


3G touch-screen phones

**SUPER:** $199.99 2 yr. price - $100 mai-in rebate debit card. New 2 yr. activation req'd.
**SUPER:** Subject to Customer Agmt, Calling Plan, up to $175 early termination fee, other charges & restrictions. Coverage not available everywhere. Network details & coverage maps at vzw.com. Screen images simulated.


from LG,


starting at $29.99.

**SUPER:** $129.99 2 yr. price - $100 mai-in rebate debit card. New 2 yr. activation req'd.