# EXHIBIT 16



**TITLE: "HOLIDAY '09 - BLUE XMAS" :30**
**PRODUCT: HOLIDAY PROMO**

**AIR DATES: 11/8/09-11/22/09**
**CODE NO.: YVWP-9164000**






(MUSIC: "BLUE CHRISTMAS"
BY ELVIS)






**ANNCR:** Want 3G browsing in more places?

There's a map for that.






With 5X more 3G coverage than AT&T,

Verizon Wireless

is your destination for great gifts

**SUPER:** Comparison based on square miles covered with 3G. Voice & data services available outside 3G coverage area.

**SUPER:** Subject to Customer Agmt, Calling Plan, up to $350 early termination fee, other charges & restrictions. Coverage not available everywhere. Screen images simulated.





like the Samsung Rogue.

**SUPER:** $179.99 2 yr. price - $100 mail-in rebate debit card. New 2 yr. activation on Nationwide Plan with data pack $9.99 or higher req'd.

Plus the LG enV3 is just $49.99.

**SUPER:** $99.99 2 yr. price - $50 mail-in rebate debit card. 2 yr. activation req'd.

Verizon Wireless.