# EXHIBIT 17



**TITLE:** "HOLIDAY '09 - MISFITS" :30
**PRODUCT:** HOLIDAY PROMO

**AIR DATES:** 11/8/09-11/22/09
**CODE NO.:** YVWP-9170000


**TOYS SING:** We're on the Island of Misfit Toys…


**JACK-IN-THE-BOX:** Hey, check out the new guy.


**ELEPHANT:** What are you doing here? You can download apps and browse the web.


**DOLL:** Yeah, people will love you!


**(SFX: DING)**


**TOYS:** Ohhh…


**PLANE:** You're gonna fit right in here. Ha, ha, ha, ha…


**(SPLAT)**


**ANNCR VO:** With 5X more 3G coverage than AT&T,
**SUPER:** Comparison based on square miles covered with 3G. Voice & data services available outside 3G coverage area.


Verizon Wireless


is your destination for great gifts.


Grab an HTC Windows phone like the IMAGIO,


or the DROID ERIS by HTC


with Google for just $99.99.
**SUPER:** $149.99 2 yr. price - $50 mail-in rebate debit card. New 2 yr. activation per phone req'd.
**SUPER:** DROID™ Lucasfilm Ltd. Used under license. Subject to Customer Agmt, Calling Plan, up to $350 early termination fee, other charges & restrictions. Coverage not available everywhere. Screen images simulated.


Verizon Wireless.