**EXHIBIT 18**



TITLE: "HOLIDAY '09 - NAUGHTY/NICE" :30  
PRODUCT: HOLIDAY PROMO

AIR DATES: 11/8/09-11/22/09  
CODE NO.: YVWP-9176000


**ELF 1:** Jeff Taylor.


**(SFX: RING)**


**ELF 2:** Nice.


**ELF 1:** Mikhail Kirk.


**(SFX: RING)**


**ELF 2:** Nice.


**ELF 1:** Steve Schaefer.


**(SFX: WHISTLE, BUZZ)**


**(SFX: LINE STOPS)**


**ELF 2:** Naughty.


**(SFX: POWER SWITCH)**


**(SFX: LINE RESTARTS)**


**ELF 1:** Good luck browsing the web with that one.


**ANNCR VO:** With 5X more coverage than AT&T,
**SUPER:** Comparison based on square miles covered with 3G. Voice & data services available outside 3G coverage area.


Verizon Wireless


is your destination for great gifts like USB modems,


MiFi personal hotspots,


and netbooks


like the Gateway LT with built-in 3G for just $99.99.
**SUPER:** $199.99 2 yr. price - $100 mail-in rebate debit card. New 2 yr. activation req'd.


Verizon Wireless.

**SUPER:** Subject to Customer Agmt, Calling Plan, up to $350 early termination fee, other charges & restrictions. Coverage not available everywhere. Screen images simulated.