# EXHIBIT 20



**TITLE:** "MAP FOR THAT ROGUE" :30
**PRODUCT:** BRAND

**AIR DATES:** 10/5/09 – 11/7/09
**CODE NO.:** YVWN-9042000


**ANNCR VO:** If you wanna know


why your 3G coverage


works so well on Verizon Wireless,


there's a map for that.


Or why you can watch videos


at 3G speed, almost anywhere,


there's a map for that.


And if you want to know why some people


have spotty 3G coverage,


there's a map for that, too.


Yep. With 5X more 3G coverage than the nation's number two wireless company,
**SUPER:** Comparison based on square miles covered. Coverage not available everywhere.


there's lots of reasons to switch to Verizon Wireless.


Come in now for great deals


on 3G phones,


like the Samsung Rogue for $99.99.

**SUPER:** $199.99 2 yr. price - $100 mai-in rebate debit card. New 2 yr. activation req'd.
**SUPER:** Subject to Customer Agmt, Calling Plan, up to $175 early termination fee, other charges & restrictions. Coverage not available everywhere. Network details & coverage maps at vzw.com. Screen images simulated.