# EXHIBIT 21



**TITLE:** "MAP FOR THAT VERSA" :30
**PRODUCT:** BRAND

**AIR DATES:** 10/7/09 – 11/7/09
**CODE NO.:** YVWN-9043000

| | | | |
|---|---|---|---|
|  **ANNCR VO:** If you wanna know why your 3G coverage |  works so great |  on Verizon Wireless, |  there's a map for that. |
|  Or why you can make plans |  on the go at 3G speed. |  There's a map for that. |  And if you want to know why |
|  your friend's 3G coverage keeps her out of touch, |  there's a map for that, too. |  Yep. With 5X more 3G coverage than the nation's number two wireless company, **SUPER:** Comparison based on square miles covered. Coverage not available everywhere. |  there's lots of reasons to switch to Verizon Wireless. |
| |  Now get great deals |  on 3G phones |  like the LG Versa for $49.99. |

**SUPER:** $149.99 2 yr. price - $100 mail-in rebate debit card. New 2 yr. activation req'd.
**SUPER:** Subject to Customer Agmt, Calling Plan, up to $175 early termination fee, other charges & restrictions. Coverage not available everywhere. Network details & coverage maps at vzw.com. Screen images simulated.