**EXHIBIT 25**

| | |
|---|---|
| **From:** | Gray, Kerwin [KG4575@att.com] |
| **Sent:** | Thursday, July 24, 2008 6:15 PM |
| **To:** | Karnick, Jerome |
| **Subject:** | Misleading inaccurate comparative coverage maps |
| **Attachments:** | VZW_vs_ATT_Map FINAL.PDF |



VZW_vs_ATT_Map FINAL.PDF (889 ...

```
        The comparative coverage maps that are attached are using grossly outdated
information to depict AT&T's 3G coverage and severely misrepresent the slight coverage
advantage VZ currently has.


VZ cannot produce misleading comparative information and rely upon a small footnote
informing the public that the competitor's information is out of date.


Current 3G coverage information for AT&T is available on our web site.
```

Kerwin L. Gray

404.236.5534

# The 3G Network that Speaks to the Nation
## Verizon Wireless vs. AT&T Broadband (3G) Network Comparison



**Verizon Wireless Network Advantage**

**High-speed access in more places:**
- We cover over 80% of the U.S. population with our high-speed broadband network (EV-DO Rev. A).
- Available to more than 245 million people. That's almost double the coverage of AT&T's broadband network (HSPA) which covers only 40-50% of the U.S. population.

**MAP KEY**
- AT&T – DataConnect (HSPA)
- Verizon Wireless and AT&T Network Overlap (EV-DO Rev. A and HSPA)
- Verizon Wireless – BroadbandAccess (EV-DO Rev. A)

verizonwireless

The Verizon Wireless coverage depicted on this map shows approximately where its owned and operated network is available based on its internal data. The competitor coverage depicted on this map shows approximately where the competitor's owned and operated network is as of 03/31/2008 based on publicly available information, and we cannot vouch for its accuracy. The comparison of networks depicted here is for illustration purposes only, and is not to be relied upon to determine the exact availability of coverage. Wireless service is subject to network and transmission limitations, including cell site unavailability, particularly near boundaries and in remote areas. Customer equipment, weather, topography and other environmental considerations associated with radio technology also affect service, and service may vary significantly within buildings. More recent broadband coverage for VZW and/or AT&T may be available at www.verizonwireless.com/bbacoverage and at http://www.wireless.att.com/coverageviewer. ©2008 Verizon Wireless

# Verizon Wireless vs. AT&T Broadband (3G) Network Comparison

## California with Reno and Las Vegas



**MAP KEY**
- AT&T – DataConnect (HSPA)
- Verizon Wireless and AT&T Network Overlap (EV-DO Rev. A and HSPA)
- Verizon Wireless – BroadbandAccess (EV-DO Rev. A)

## Premium Products & Devices on the Nation's Most Reliable Wireless Broadband Network

**PC Cards, ExpressCards, and USB Modems**
- Plug into your laptop
- Surf the Internet at broadband speeds

**Smartphone and BlackBerry devices like the Curve**
- Email and IM
- Internet with an HTML browser
- Use as a high-speed modem

**Phones that let you take web and entertainment mobile**
- Listen & download music
- Watch videos, news & sports
- Play games
- Text, picture & video message
- Touch screens and full QWERTY keyboards

**Never get lost** with VZ Navigator[SM] get turn by turn directions, traffic integration, cheap gas finder and more.



The Verizon Wireless coverage depicted on this map shows approximately where its owned and operated network is available based on its internal data. The competitor coverage depicted on this map shows approximately where the competitor's owned and operated network is as of 03/31/2008 based on publicly available information, and we cannot vouch for its accuracy. The comparison of networks depicted here is for illustration purposes only, and is not to be relied upon to determine the exact availability of coverage. Wireless service is subject to network and transmission limitations, including cell site unavailability, particularly near boundaries and in remote areas. Customer equipment, weather, topography and other environmental considerations associated with radio technology also affect service, and service may vary significantly within buildings. More recent broadband coverage for VZW and/or AT&T may be available at www.verizonwireless.com/bbacoverage and at http://www.wireless.att.com/coverageviewer. CAmap0608 ©2008 Verizon Wireless

# Verizon Wireless vs. AT&T Broadband (3G) Network Comparison



Hawaii

## Premium Products & Devices on the Nation's Most Reliable Wireless Broadband Network

**PC Cards, ExpressCards, and USB Modems**
- Plug into your laptop
- Surf the Internet at broadband speeds

**Smartphone and BlackBerry devices like the Curve**
- Email and IM
- Internet with an HTML browser
- Use as a high-speed modem

**Phones that let you take web and entertainment mobile**
- Listen & download music
- Watch videos, news & sports
- Play games
- Text, picture & video message
- Touch screens and full QWERTY keyboards

**Never get lost** with VZ Navigator[SM] get turn by turn directions, traffic integration, cheap gas finder and more.

| MAP KEY | |
|---|---|
| 🟧 | AT&T – DataConnect (HSPA) |
| 🟨 | Verizon Wireless and AT&T Network Overlap (EV-DO Rev. A and HSPA) |
| 🟩 | Verizon Wireless – BroadbandAccess (EV-DO Rev. A) |



The Verizon Wireless coverage depicted on this map shows approximately where its owned and operated network is available based on its internal data. The competitor coverage depicted on this map shows approximately where the competitor's owned and operated network is as of 03/31/2008 based on publicly available information, and we cannot vouch for its accuracy. The comparison of networks depicted here is for illustration purposes only, and is not to be relied upon to determine the exact availability of coverage. Wireless service is subject to network and transmission limitations, including cell site unavailability, particularly near boundaries and in remote areas. Customer equipment, weather, topography and other environmental considerations associated with radio technology also affect service, and service may vary significantly within buildings. More recent broadband coverage for VZW and/or AT&T may be available at www.verizonwireless.com/bbacoverage and at http://www.wireless.att.com/coverageviewer. HImap0608 ©2008 Verizon Wireless

# Verizon Wireless vs. AT&T Broadband (3G) Network Comparison



**Mountain**

## Premium Products & Devices on the Nation's Most Reliable Wireless Broadband Network

**PC Cards, ExpressCards, and USB Modems**
- Plug into your laptop
- Surf the Internet at broadband speeds

**Smartphone and BlackBerry devices like the Curve**
- Email and IM
- Internet with an HTML browser
- Use as a high-speed modem

**Phones that let you take web and entertainment mobile**
- Listen & download music
- Watch videos, news & sports
- Play games
- Text, picture & video message
- Touch screens and full QWERTY keyboards

**Never get lost** with VZ Navigator[SM] get turn by turn directions, traffic integration, cheap gas finder and more.

| MAP KEY | |
|---|---|
| ■ | AT&T – DataConnect (HSPA) |
| ■ | Verizon Wireless and AT&T Network Overlap (EV-DO Rev. A and HSPA) |
| ■ | Verizon Wireless – BroadbandAccess (EV-DO Rev. A) |



The Verizon Wireless coverage depicted on this map shows approximately where its owned and operated network is available based on its internal data. The competitor coverage depicted on this map shows approximately where the competitor's owned and operated network is as of 03/31/2008 based on publicly available information, and we cannot vouch for its accuracy. The comparison of networks depicted here is for illustration purposes only, and is not to be relied upon to determine the exact availability of coverage. Wireless service is subject to network and transmission limitations, including cell site unavailability, particularly near boundaries and in remote areas. Customer equipment, weather, topography and other environmental considerations associated with radio technology also affect service, and service may vary significantly within buildings. More recent broadband coverage for VZW and/or AT&T may be available at www.verizonwireless.com/bbacoverage and at http://www.wireless.att.com/coverageviewer. MTNmap0608 ©2008 Verizon Wireless

# Verizon Wireless vs. AT&T Broadband (3G) Network Comparison



Pacific Northwest

**MAP KEY**

- AT&T – DataConnect (HSPA)
- Verizon Wireless and AT&T Network Overlap (EV-DO Rev. A and HSPA)
- Verizon Wireless – BroadbandAccess (EV-DO Rev. A)

## Premium Products & Devices on the Nation's Most Reliable Wireless Broadband Network

**PC Cards, ExpressCards, and USB Modems**
- Plug into your laptop
- Surf the Internet at broadband speeds

**Smartphone and BlackBerry devices like the Curve**
- Email and IM
- Internet with an HTML browser
- Use as a high-speed modem

**Phones that let you take web and entertainment mobile**
- Listen & download music
- Watch videos, news & sports
- Play games
- Text, picture & video message
- Touch screens and full QWERTY keyboards

**Never get lost** with VZ Navigator[SM] get turn by turn directions, traffic integration, cheap gas finder and more.



The Verizon Wireless coverage depicted on this map shows approximately where its owned and operated network is available based on its internal data. The competitor coverage depicted on this map shows approximately where the competitor's owned and operated network is as of 03/31/2008 based on publicly available information, and we cannot vouch for its accuracy. The comparison of networks depicted here is for illustration purposes only, and is not to be relied upon to determine the exact availability of coverage. Wireless service is subject to network and transmission limitations, including cell site unavailability, particularly near boundaries and in remote areas. Customer equipment, weather, topography and other environmental considerations associated with radio technology also affect service, and service may vary significantly within buildings. More recent broadband coverage for VZW and/or AT&T may be available at www.verizonwireless.com/bbacoverage and at http://www.wireless.att.com/coverageviewer. PNWmap0608 ©2008 Verizon Wireless

# Verizon Wireless vs. AT&T Broadband (3G) Network Comparison

### Southwest



**MAP KEY**
- AT&T – DataConnect (HSPA)
- Verizon Wireless and AT&T Network Overlap (EV-DO Rev. A and HSPA)
- Verizon Wireless – BroadbandAccess (EV-DO Rev. A)

## Premium Products & Devices on the Nation's Most Reliable Wireless Broadband Network

**PC Cards, ExpressCards, and USB Modems**
- Plug into your laptop
- Surf the Internet at broadband speeds

**Smartphone and BlackBerry devices like the Curve**
- Email and IM
- Internet with an HTML browser
- Use as a high-speed modem

**Phones that let you take web and entertainment mobile**
- Listen & download music
- Watch videos, news & sports
- Play games
- Text, picture & video message
- Touch screens and full QWERTY keyboards

**Never get lost** with VZ Navigator$^{SM}$ get turn by turn directions, traffic integration, cheap gas finder and more.



The Verizon Wireless coverage depicted on this map shows approximately where its owned and operated network is available based on its internal data. The competitor coverage depicted on this map shows approximately where the competitor's owned and operated network is as of 03/31/2008 based on publicly available information, and we cannot vouch for its accuracy. The comparison of networks depicted here is for illustration purposes only, and is not to be relied upon to determine the exact availability of coverage. Wireless service is subject to network and transmission limitations, including cell site unavailability, particularly near boundaries and in remote areas. Customer equipment, weather, topography and other environmental considerations associated with radio technology also affect service, and service may vary significantly within buildings. More recent broadband coverage for VZW and/or AT&T may be available at www.verizonwireless.com/bbacoverage and at http://www.wireless.att.com/coverageviewer.   SWmap0608   ©2008 Verizon Wireless