**EXHIBIT 26**

| | |
|---|---|
| **From:** | Gray, Kerwin [KG4575@att.com] |
| **Sent:** | Monday, November 17, 2008 9:05 AM |
| **To:** | Karnick, Jerome |
| **Cc:** | MEZA III, JAMES (Legal); WHITE JR., SID (Legal) |
| **Subject:** | 3G comparison Maps |
| **Attachments:** | GIS_PR3267_UMTS_GrowthAugOct_103008_Asize.jpg |



GIS_PR3267_UMTS
_GrowthAugOct_1...

Jerry,

Several months ago, I mentioned to you some out of data 3G coverage comparison maps that were circulating in print. Since that time a web site with a similar comparison map has appeared. It is also grossly out of date.

http://www.verizonwireless.com/b2c/CoverageLocatorController?requesttype=NEWREQUEST <http://www.verizonwireless.com/b2c/CoverageLocatorController?requesttype=NEWREQUEST&lid=//global//plans//coverage+maps> &lid=//global//plans//coverage+maps  (you have to click the <javascript:displayComparisonMaps('ATT');> Broadband 3G Network Comparisons link)

I have attached a comparison map which shows the delta between the ATT coverage you are depicting and the actual ATT coverage through the end of October (of course with an ongoing build program, we have now expended even beyond the coverage depicted in this map).

This type of misrepresentation is unacceptable and has begun drawing much attention here. Please provided your assurance that you will correct this.

This email and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer.  Any other uses, retention, dissemination, forwarding,

printing, or copying of this email is strictly prohibited.

Kerwin L. Gray

404.986.1641

