# EXHIBIT 27



Mobile to Mobile
AT&T Unity
  Rates & Information
  Frequently Asked Questions
  Terms & Conditions
Network Coverage
Exclusive Phones
Rollover Minutes
Web Offers
AT&T Upgrade Advantage
Our Technology
  3G
  GSM
  EDGE
Online Account Management

# 3G



from 0 to 3G in seconds
Download and surf on the nation's fastest 3G network
Experience life at 3G speed - available in over 300 Major Metropolitan Markets.

## Why 3G?

3G provides accelerated data speeds and simultaneous voice and data capabilities for an amazing wireless voice and data experience.

- Access CV for faster on-demand viewing of high quality video clips from your favorite TV shows, news, sport and weather
- Surf the wireless Internet faster and significantly lower your wait for page loads
- Download files and access email faster from favorite providers like Yahoo!, MSN, and AOL.
- Multi-task while you are on a call—search for movies times, look up directions, or send messages.
- Get more done with faster access to email and internet. AT&T LaptopConnect gives you the power of the AT&T network while you're on the go

## Technology

The AT&T 3G network uses HSDPA/UMTS technology (High Speed Downlink Packet Access/Universal Mobile Telephone System), which makes it possible to enjoy a variety of feature-rich wireless services. It also gives AT&T the advantage of offering simultaneous voice and data services. That means you can talk and use the Internet at the same time. How's that for multitasking?

## Availability

Check the coverage viewer for mobile broadband 3G coverage in your area.

Disclaimer: 3G network not available in all areas

Disclaimer: Referenced speeds require an HSDPA 3.6Mbps / HSUPA capable device with Receive Diversity and/or Equalizer. BroadbandConnect speed claims based on our network tests without compression using 3MB data files. 3G devices not enabled with HSUPA support typical upload speeds of 220-320kbps based on our network tests without compression using 500KB data files for upload. Actual throughput speed varies.

Wireless Service Agreement | Cell Phone Records Security

AT&T on the Web    att.com              att.net
                   Shop. Service. Support.    E-mail - News - Weather & More

Privacy Policy | Careers | Contact Us | Terms of Use | Site Map | Accessibility

©2009 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.
AT&T 36USC220506

YELLOWPAGES.COM    Digital White & Yellow Pages     Proud Sponsor of the U.S. Olympic Team

