# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS<br><br>                Defendant. | Civil Action File No.<br>1:09-CV-3057-TCB |

## NOTICE OF FILING

COMES NOW Defendant Cellco Partnership d/b/a Verizon Wireless, by and through its attorneys, and hereby submits this Notice of Filing of a substitute Exhibit 11 to provide a color version of this exhibit that is compatible with the CM/ECF system.

Respectfully submitted this 16th day of November, 2009.

KING & SPALDING LLP


/s/ L. Joseph Loveland
L. Joseph Loveland
  (Ga. Bar No. 459350)
Jill Wasserman
  (Ga. Bar No. 739662)
C. Suzanne Johnson
  (Ga. Bar No. 321398)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:  (404) 572-4600
Facsimile:   (404) 572-5134
Email:  jloveland@kslaw.com
Email:  jwasserman@kslaw.com
Email:  suzanne_johnson@kslaw.com

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS<br><br>      Defendant. | Civil Action File No.<br>1:09-CV-3057-TCB |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 16, 2009, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record for the Plaintiff:

David L. Balser  
Nathan L. Garroway  
Tracy Klingler  
McKenna Long & Aldridge LLP  
303 Peachtree Street, Suite 5300  
Atlanta, Georgia 30308  
Telephone: (404) 527-400  
Facsimile: (404) 527-4198  
Email: dbalser@mckennalong.com  
Email: ngarroway@mckennalong.com  
Email: tklingler@mckennalong.com  


/s/ L. Joseph Loveland  
L. Joseph Loveland