# EXHIBIT 11

Dockets.Justia.com

## National
AT&T Wireless HSPA Coverage Map



AT&T Wireless
HSPA Coverage

No Coverage Area

The red shown, approximately Verizon Wireless's 3G coverage. The competition's approximate 3G coverage is from publicly available information gathered prior to 8/4/2009. This does not show exact coverage. Wireless service is subject to network and transmission limitations, particularly near boundaries and in remote areas. Customer device, weather, topography and other environmental considerations affect service, which may vary significantly in buildings. More recent 3G coverage may be available at verizonwireless.com/bbacoverage, wireless.att.com/coverageviewer and www.sprint.com/coverage <kbc://www.sprint.com/coverage>. ©2009 Verizon Wireless

VERZ_ATT_Natl_20090923