UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CELLCO PARTNERSHIP d/b/a <br> VERIZON WIRELESS <br><br> Defendant. | Civil Action File No. <br> 1:09-CV-3057-TCB |

## ORDER REGARDING
## USE OF CELLULAR PHONES AT THE TRO HEARING

**IT IS HEREBY ORDERED** that Defendant CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and its counsel shall be permitted to bring into the United States District Court, Northern District of Georgia, Courtroom 1708, cellular phones containing cameras for use at a TRO hearing on Wednesday, November 18, 2009.

Ordered this 17th day of November, 2009.

_____
The Honorable Judge Timothy C. Batten, Sr.
United States District Court, Northern District of Georgia