# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:09-cv-03057-TCB
## AT&T Mobility LLC v. Cellco Partnership
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 11/18/2009.

| | |
|---|---|
| TIME COURT COMMENCED: 2:00 P.M.<br>TIME COURT CONCLUDED: 3:50 P.M.<br>TIME IN COURT: 1:50 | COURT REPORTER: Elise Smith Evans<br>DEPUTY CLERK: Julee Smilley |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Lauren Aguiar representing Cellco Partnership<br>David Balser representing AT&T Mobility LLC<br>Nathan Garroway representing AT&T Mobility LLC<br>Tracy Klingler representing AT&T Mobility LLC<br>L. Loveland representing Cellco Partnership<br>Kenneth Plevan representing Cellco Partnership<br>Harriet Wasserman representing Cellco Partnership |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [3]Motion for TRO DENIED<br>[18]Motion for TRO DENIED |
| MINUTE TEXT: | Counsel argue their positions. The Court issues an oral ruling. A hearing for preliminary injuction is set for 12/16/09 at 9:30 a.m. in courtroom 1708. |