IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AT&T MOBILITY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NUMBER 1:09-cv-3057-TCB |
| CELLCO PARTNERSHIP d/b/a | ) | |
| VERIZON WIRELESS, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The parties to this suit are hereby notified that pursuant to FED. R. CIV. P. 65(a)(2), the trial on the merits is consolidated with the hearing on a motion for preliminary injunction. The scheduled day and time remains Wednesday, December 16, 2009 at 9:30 a.m.

IT IS SO ORDERED this 20th day of November, 2009.

Timothy C. Batten, Sr.
United States District Judge