UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AT&T MOBILITY LLC,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**CELLCO PARTNERSHIP d/b/a**<br>**VERIZON WIRELESS,**<br><br>　　　　　　**Defendant.** | Case No. 09-CV-3057-TCB |

## CERTIFICATE OF SERVICE

　　I hereby certify that, on November 22, 2009, a copy of DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF was served on the following counsel of record by electronic mail:

> David L. Balser
> Nathan L. Garroway
> Tracy Klingler
> McKenna Long & Aldridge LLP
> 303 Peachtree Street, Suite 5300
> Atlanta, Georgia 30308
> Telephone:　(404) 527-400
> Facsimile:　(404) 527-4198
> Email:　dbalser@mckennalong.com
> Email:　ngarroway@mckennalong.com
> Email:　tklingler@mckennalong.com

　　　　　　　　　　　　　　　　　　　s/ Jill Wasserman
　　　　　　　　　　　　　　　　　　　Jill Wasserman

ATL_IMANAGE-6566647.1