UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AT&T MOBILITY LLC,**<br><br>    **Plaintiff,**<br><br> vs.<br><br>**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,**<br><br>    **Defendant.** | Case No. 09-CV-3057-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 22, 2009, a copy of DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS was served on the following counsel of record by electronic mail with a courtesy copy by U.S. Mail:

    David L. Balser
    Nathan L. Garroway
    Tracy Klingler
    McKenna Long & Aldridge LLP
    303 Peachtree Street, Suite 5300
    Atlanta, Georgia 30308
    Telephone: (404) 527-400
    Facsimile: (404) 527-4198
    Email: dbalser@mckennalong.com
    Email: ngarroway@mckennalong.com
    Email: tklingler@mckennalong.com

            s/ Jill Wasserman
            Jill Wasserman