# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **AT&T MOBILITY LLC,**<br><br>                      **Plaintiff,**<br><br>    vs.<br><br>**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,**<br><br>                      **Defendant.** | Case No. 09-CV-3057-TCB |

## NOTICE TO TAKE DEPOSITION

TO:   Plaintiff AT&T Mobility LLC and their counsel of record.

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS will take the deposition upon oral examination of Andy Wilson before an authorized court reporter commencing at 9:00 a.m. on December 3, 2009 at the offices of King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309-3521, or at some other designated place mutually convenient to the parties.

The deposition will be taken for all purposes authorized by the Federal Rules of Civil Procedure and will continue from day to day until the examination is

concluded. The testimony will be recorded by stenographic means and will be videotaped.

You are invited to attend and examine the witness.

Dated: November 22, 2009.

By:

|  |  |
|---|---|
|  | s/ Jill Wasserman |
| Kenneth A. Plevan | L. Joseph Loveland |
| (admitted pro hac vice) | (Ga. Bar No. 459350) |
| Lauren E. Aguiar | Jill Wasserman |
| (admitted pro hac vice) | (Ga. Bar No. 739662) |
| SKADDEN, ARPS, SLATE, | C. Suzanne Johnson |
| MEAGER & FLOM LLP | (Ga. Bar No. 321398) |
| Four Times Square | KING & SPALDING LLP |
| New York, NY 10036 | 1180 Peachtree Street, N.E. |
| Telephone: (212) 735-3000 | Atlanta, GA 30309 |
| Facsimile: (212) 735-2000 | Telephone: (404) 572-4600 |
| Email: Kenneth.Plevan@skadden.com | Facsimile: (404) 572-5100 |
| Email: Lauren.Aguiar@skadden.com | Email: jloveland@kslaw.com |
|  | Email: jwasserman@kslaw.com |
|  | Email: suzanne_johnson@kslaw.com |

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **AT&T MOBILITY LLC,**<br><br>                  **Plaintiff,**<br><br>  **vs.**<br><br>**CELLCO PARTNERSHIP d/b/a**<br>**VERIZON WIRELESS,**<br><br>                  **Defendant.** | Case No. 09-CV-3057-TCB |

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that, on November 22, 2009, a copy of NOTICE OF TO TAKE DEPOSITIONS, was served on the following counsel of record by electronic mail:

>David L. Balser
>Nathan L. Garroway
>Tracy Klingler
>McKenna Long & Aldridge LLP
>303 Peachtree Street, Suite 5300
>Atlanta, Georgia 30308
>Telephone: (404) 527-400
>Facsimile: (404) 527-4198
>Email: dbalser@mckennalong.com
>Email: ngarroway@mckennalong.com
>Email: tklingler@mckennalong.com


                                                    s/ Jill Wasserman
                                                    Jill Wasserman