UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS,<br><br>Defendant. | Case No. 09-CV-3057-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 23, 2009, a copy of CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS' NOTICE OF THIRD PARTY SUBPOENA TO BBDO Worldwide, was served on all counsel of record by electronic mail.

>David L. Balser
>Nathan L. Garroway
>Tracy Klinger
>McKenna Long & Aldridge LLP
>303 Peachtree Street, Suite 5300
>Atlanta, Georgia 30308
>Telephone: (404) 527-4000
>Facsimile: (404 527-4198
>Email: dbalser@mckennalong.com
>Email: ngarroway@mckennalong.com
>Email: tklinger@mckennalong.com

/s/ Jill Wasserman
Jill Wasserman