# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:09-cv-03057-TCB
## AT&T Mobility LLC v. Cellco Partnership
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Chambers on 11/23/2009.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 11:50 A.M.
TIME IN COURT: 00:20

COURT REPORTER: Elise Smith-Evans
DEPUTY CLERK: Julee Smilley

ATTORNEY(S) PRESENT: David Balser representing AT&T Mobility LLC
L. Loveland representing Cellco Partnership
Harriet Wasserman representing Cellco Partnership

PROCEEDING CATEGORY: Telephone Conference(Motion Hearing Non-evidentiary);

MINUTE TEXT: After hearing from counsel, the Court orally vacated its Order of 11/20/09. The Plaintiff shall file its second amended complaint on or before 12/7/09 and Defendant's answer shall be filed on or before 12/21/09. The Court would like all testimony at the 12/16/09 to be submitted/filed by 12/15/09. The Court indicated it would grant a proposed confidentiality order and verbally granted parties leave to file documents under seal.