IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS<br><br>　　　　Defendant. | Civil Action File<br>No. 1:09-CV-3057-TCB |

## NOTICE OF FILING CERTIFICATES OF SERVICE

Plaintiff hereby gives notice of filing the attached Certificates of Service for Plaintiff's First Set of Interrogatories, Plaintiff's First Request for Production of Documents, Notice of Third Party Subpoena to McCann Erickson, Plaintiff's Second Set of Interrogatories, and Plaintiff's Second Request for Production of Documents.

　　　　　　　　　　　　　　　　s/ Tracy Klingler
　　　　　　　　　　　　　　　　Tracy Klingler
　　　　　　　　　　　　　　　　Georgia Bar No. 105450
　　　　　　　　　　　　　　　　tklingler@mckennalong.com

　　　　　　　　　　　　　　　　McKenna Long & Aldridge LLP
　　　　　　　　　　　　　　　　303 Peachtree Street, Suite 5300
　　　　　　　　　　　　　　　　Atlanta, Georgia  30308
　　　　　　　　　　　　　　　　(404) 527-4000
　　　　　　　　　　　　　　　　(404) 527-4198 (facsimile)

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　AT&T Mobility LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS<br><br>    Defendant. | Civil Action File<br>No. 1:09-CV-3057-TCB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2009 I served a copy of AT&T MOBILITY LLC'S FIRST SET OF INTERROGATORIES on the following counsel of record via electronic mail and U.S. Mail.

L. Joseph Loveland, Jr.
H. Jill Wasserman
C. Suzanne Johnson
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
jloveland@kslaw.com
jwasserman@kslaw.com
suzzane_johnson@kslaw.com

Kenneth a. Plevan
Lauren E. Aguiar
Skadden, Arps, Slate, Meager &
Flom LLP
Four Times Square
New York, NY 10036
Kenneth.Plevan@skadden.com
Lauren.Aguiar@skadden.com

                               s/ Tracy Klingler
                               Tracy Klingler
                               Georgia Bar No. 105450
                               tklingler@mckennalong.com

McKenna Long & Aldridge LLP  Attorneys for Plaintiff
303 Peachtree Street, Suite 5300  AT&T Mobility LLC
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198    (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AT&T MOBILITY LLC,

    Plaintiff,

vs.

CELLCO PARTNERSHIP d/b/a

VERIZON WIRELESS

    Defendant.

Civil Action File
No. 1:09-CV-3057-TCB

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2009 I served a copy of AT&T MOBILITY LLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS on the following counsel of record via electronic mail and U.S. Mail.

L. Joseph Loveland, Jr.
H. Jill Wasserman
C. Suzanne Johnson
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
jloveland@kslaw.com
jwasserman@kslaw.com
suzzane_johnson@kslaw.com

Kenneth a. Plevan
Lauren E. Aguiar
Skadden, Arps, Slate, Meager & Flom LLP
Four Times Square
New York, NY 10036
Kenneth.Plevan@skadden.com
Lauren.Aguiar@skadden.com

s/ Tracy Klingler
Tracy Klingler
Georgia Bar No. 105450
tklingler@mckennalong.com

McKenna Long & Aldridge LLP    Attorneys for Plaintiff

303 Peachtree Street, Suite 5300    AT&T Mobility LLC
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS<br><br>    Defendant. | Civil Action File<br>No. 1:09-CV-3057-TCB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2009 I served a copy of AT&T

MOBILITY LLC'S NOTICE OF THIRD PARTY SUBPOENA TO MCCANN

ERICKSON on the following counsel of record via electronic mail and U.S. Mail.

L. Joseph Loveland, Jr.
H. Jill Wasserman
C. Suzanne Johnson
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
jloveland@kslaw.com
jwasserman@kslaw.com
suzzane_johnson@kslaw.com

Kenneth a. Plevan
Lauren E. Aguiar
Skadden, Arps, Slate, Meager &
Flom LLP
Four Times Square
New York, NY 10036
Kenneth.Plevan@skadden.com
Lauren.Aguiar@skadden.com

 

s/ Tracy Klingler
Tracy Klingler
Georgia Bar No. 105450
tklingler@mckennalong.com

McKenna Long & Aldridge LLP  Attorneys for Plaintiff
303 Peachtree Street, Suite 5300  AT&T Mobility LLC
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198   (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CELLCO PARTNERSHIP d/b/a <br> VERIZON WIRELESS <br><br> Defendant. | Civil Action File <br> No. 1:09-CV-3057-TCB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2009 I served a copy of AT&T MOBILITY LLC'S SECOND SET OF INTERROGATORIES on the following counsel of record via electronic mail and U.S. Mail.

L. Joseph Loveland, Jr.
H. Jill Wasserman
C. Suzanne Johnson
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
jloveland@kslaw.com
jwasserman@kslaw.com
suzzane_johnson@kslaw.com

Kenneth a. Plevan
Lauren E. Aguiar
Skadden, Arps, Slate, Meager & Flom LLP
Four Times Square
New York, NY 10036
Kenneth.Plevan@skadden.com
Lauren.Aguiar@skadden.com

s/ Tracy Klingler
Tracy Klingler
Georgia Bar No. 105450
tklingler@mckennalong.com

McKenna Long & Aldridge LLP  Attorneys for Plaintiff
303 Peachtree Street, Suite 5300  AT&T Mobility LLC
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198   (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS<br><br>Defendant. | Civil Action File<br>No. 1:09-CV-3057-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2009 I served a copy of AT&T MOBILITY LLC'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS on the following counsel of record via electronic mail and U.S. Mail.

L. Joseph Loveland, Jr.
H. Jill Wasserman
C. Suzanne Johnson
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309-3521
jloveland@kslaw.com
jwasserman@kslaw.com
suzzane_johnson@kslaw.com

Kenneth a. Plevan
Lauren E. Aguiar
Skadden, Arps, Slate, Meager & Flom LLP
Four Times Square
New York, NY 10036
Kenneth.Plevan@skadden.com
Lauren.Aguiar@skadden.com

s/ Tracy Klingler
Tracy Klingler
Georgia Bar No. 105450
tklingler@mckennalong.com

McKenna Long & Aldridge LLP        Attorneys for Plaintiff
303 Peachtree Street, Suite 5300   AT&T Mobility LLC
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198     (facsimile)