IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a <br> VERIZON WIRELESS, <br><br> Defendant. | CIVIL ACTION <br> NO. 1:09-CV-03057-TCB |

## STIPULATED DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

The parties stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a), the Complaint in this matter is hereby dismissed without prejudice.

AGREED TO:

Dated: December 2, 2009

| | |
|---|---|
| /s/ David L. Balser | /s/ L. Joseph Loveland |
| David L. Balser | L. Joseph Loveland |
|   Georgia Bar No. 035835 |   Georgia Bar No. 459350 |
| Nathan L. Garroway | Jill Wasserman |
|   Georgia Bar No. 142194 |   Georgia Bar No. 739662 |
| Tracy Klingler | C. Suzanne Johnson |
|   Georgia Bar No. 105450 |   Georgia Bar No. 321398 |
| | |
| MCKENNA LONG & ALDRIDGE LLP | KING & SPALDING LLP |
| 303 Peachtree Street, Suite 5300 | 1180 Peachtree Street, N.E. |
| Atlanta, Georgia  30308 | Atlanta, GA  30309 |
| (404) 527-4000 | (404) 572-4600 |
| (404) 527-4198 (facsimile) | (404) 572-5100 (facsimile) |
| Email: dbalser@mckennalong.com | Email: jloveland@kslaw.com |
| Email: ngarroway@mckennalong.com | Email: jwasserman@kslaw.com |
| Email: tklingler@mckennalong.com | Email: suzanne_johnson@kslaw.com |
| | |
| *Attorneys for Plaintiff AT&T Mobility LLC* | Kenneth A. Plevan |
| |   (admitted pro hac vice) |
| | Lauren E. Aguiar |
| |   (admitted pro hac vice) |
| | SKADDEN, ARPS, SLATE, |
| |   MEAGER & FLOM LLP |
| | Four Times Square |
| | New York, NY  10036 |
| | (212) 735-3000 |
| | (212) 735-2000 (facsimile) |
| | Email: Kenneth.Plevan@skadden.com |
| | Email: Lauren.Aguiar@skadden.com |
| | |
| | *Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless* |

## CERTIFICATE OF SERVICE

This is to certify that on December 2, 2009, I electronically filed the foregoing **STIPULATED DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>David L. Balser
>Nathan L. Garroway
>Tracy Klingler
>Harriet Jill Wasserman
>L. Joseph Loveland, Jr.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

>Kenneth A. Plevan
>Lauren E. Aguiar
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, NY  10036

| | |
|---|---|
| MCKENNA LONG & ALDRIDGE LLP<br>303 Peachtree Street, Suite 5300<br>Atlanta, Georgia  30308<br>(404) 527-4000<br>(404) 527-4198 (facsimile) | /s/ *David L. Balser*<br>David L. Balser<br>Georgia Bar No. 035835<br><br>*Attorney for AT&T Mobility LLC* |